UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 21  P 3: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

DEURWARD L. HUGHES, MD, )
)
Plaintiff, )
)
v. )  Civil Action No. 04 10564 DPW
)
MARTHA'S VINEYARD HOSPITAL )
)
Defendant. )
)

### ASSENTED-TO MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Defendant Martha's Vineyard Hospital ("the Hospital") respectfully requests that this Court enter an order extending for seven (7) days (until **June 1, 2004**) the deadline for the Hospital to move, answer, or otherwise respond to the Complaint. In support of this request, the Hospital states that it is currently attempting to gather the information needed to respond to the Complaint, and requires an additional seven days to draft their answer. The Hospital further states that the Plaintiff has assented to this motion.

Respectfully submitted,

MARTHA'S VINEYARD HOSPITAL

By its attorneys,

*/s/ Jennifer A. Brennan*

Thomas E. Shirley, Esq. (BBO # 542777)
Jennifer A. Brennan (BBO #647356)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 248-5000

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON: 5/21/04

Dated: May 21, 2004