UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DEURWARD L. HUGHES, MD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04 10564 DPW |
| | ) | |
| MARTHA'S VINEYARD HOSPITAL | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3) and the Court's Notice of Scheduling Conference, an authorized representative of the Defendant, Martha's Vineyard Hospital, and undersigned counsel, hereby certify that they have conferred:

(a)     with a view to establishing a budget for the costs of conducting the full course - - and various alternative courses - - of the litigation; and

(b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

CHOATE, HALL & STEWART

*Jennifer A. Brennan*

Thomas E. Shirley, Esq. (BBO # 542777)
Jennifer A. Brennan (BBO #647356)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, Massachusetts  02109
(617) 248-5000

MARTHA'S VINEYARD HOSPITAL

*Kenneth Chisholm*

Kenneth Chisholm
Director of Human Resources
Martha's Vineyard Hospital
P.O. Box 1477
Oak Bluffs, MA 02557
(508) 693-0410

Dated:  June 17, 2004

3709860_1.DOC