SCANNED
DATE: 6-21-04
BY: CMG

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEURWARD L. HUGHES, MD,
    Plaintiff

-vs-

MARTHA'S VINEYARD
HOSPITAL
    Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL ACTION # 04 10564 DPW

### Local Rule 16.1(D) Joint Statement

Pursuant to Local Rule 16.1(D), the Parties propose the following schedule for discovery and the filing of motions:

| | |
|---|---|
| July 9, 2004 | Deadline for FRCP 26(a)(1) Required Initial Disclosures |
| July 30, 2004 | Deadline for filing motion(s) seeking to amend complaint or add new parties |
| October 29, 2004 | Close of Fact Discovery |
| October 29, 2004 | Deadline for identification of trial experts and submission of expert reports pursuant to FRCP 26(a)(2) |
| November 30, 2004 | Deadline for filing dispositive motions |

The parties reserve the right to identify rebuttal experts after the close of fact discovery and to conduct discovery relating to expert testimony after the close of fact discovery.

The parties do not agree to refer the case to a magistrate judge or master.

The parties shall file Rule 16.1(D)(3) certifications separately.



| BY PLAINTIFF'S ATTORNEY, | BY DEFENDANT'S ATTORNEYS, |
|---|---|
| *signature* | *signature* |
| Stephen Schultz, Esq. | Thomas E. Shirley, Esq. |
| BBO # 447680 | BBO # 542777 |
| ENGEL & SCHULTZ, PC | Jennifer A. Brennan, Esq. |
| 125 High Street | BBO # 647356 |
| Suite 2601 | CHOATE, HALL & STEWART |
| Boston, MA 02110 | Exchange Place |
| (617) 951-9980 | 53 State Street |
| | Boston, MA 02109 |
| | (617) 248-5000 |
| Date: 6/17/04 | Date: 6/17/04 |

Certificate of Service

I, Stephen Schultz, hereby certify that I served a true copy of the above document on counsel of record for the defendants by hand/first class mail on this 17th day of June, 2004.

*signature*
Stephen Schultz