UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  \*

DEURWARD L. HUGHES, MD,
        Plaintiff

-vs-

MARTHA'S VINEYARD
HOSPITAL
        Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  \*

FILED
IN CLERKS OFFICE

2004 JUN 21 P 3: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION # 04 10565 DPW

### Plaintiff's Rule 16.1(D)(3) Certificate

We hereby certify that plaintiff and plaintiff's counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

THE PLAINTIFF

_____
Deurward L. Hughes, M.D.

DATE: June 21, 2004

PLAINTIFF'S ATTORNEY

_____
Stephen Schultz, Esq.

Certificate of Service

I, Stephen Schultz, hereby certify that I served a true copy of the above document on counsel of record for the defendants by hand/first class mail on this 21 day of June, 2004.

_____
Stephen Schultz

1