UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * *     *
                                        *
DEURWARD L. HUGHES, MD,                 *
        Plaintiff                       *
                                        *
     -vs-                               *
                                        *
MARTHA'S VINEYARD                       *
HOSPITAL                                *
        Defendant                       *
                                        *
* * * * * * * * * * * * * * * * * *     *
```

**Plaintiff Hughes' Assented to Motion to Reschedule
Scheduling/Status Conference**

Plaintiff moves to reschedule the Scheduling/Status Conference currently scheduled for January 6, 2005 at 2:30 PM and states as the reason for allowing the motion that plaintiff's counsel has a prescheduled vacation from December 24, 2004 – January 9, 2005.

| BY PLAINTIFF'S ATTORNEY, | ASSENTED TO BY DEFENDANT'S ATTORNEY |
|---|---|
| _____ | _____ |
| Stephen Schultz, Esq. | Jennifer Aresco Brennan, Esq. |
| BBO # 447680 | BBO # 647356 |
| Engel & Schultz, P.C. | CHOATE, HALL & STEWART |
| 125 High Street, Suite 2601 | Exchange Place, 53 State Street |
| Boston, MA 02110 | Boston, MA 02109 |
| (617) 951-9980 | (617) 248-5000 |

Date: July 14, 2004

Certificate of Service
I, Stephen Schultz, hereby certify that a true and accurate copy of the above named document was served upon all counsel of record by first class mail, on July 14, 2004.

_____
Stephen Schultz