UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEURWARD L. HUGHES, MD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04 10564 DPW |
| ) | |
| MARTHA'S VINEYARD HOSPITAL ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO ENTER
## STIPULATION AND CONFIDENTIALITY ORDER

Pursuant to Fed. R. Civ. P. 26(c), all parties to this action respectfully request that the Court adopt and approve the Stipulation and Confidentiality Order governing the disclosure and use of confidential documents and other information which is attached hereto as Exhibit 1 (the "Stipulation and Confidentiality Order"). In support of this motion, the parties state as follows:

1. The parties' Stipulation and Confidentiality Order concerns the treatment of and access to confidential and proprietary business information which may be produced during the course of this litigation. All parties have recognized that certain information and materials may be considered confidential.

2. The Court should enter a protective order in accordance with the Stipulation and Confidentiality Order so as to preserve the parties' agreement and to serve the interests of justice and judicial economy by avoiding unnecessary discovery disputes concerning confidential information.

3. All parties assent to this Motion.

Respectfully submitted,

| **Deurward Hughes** | **Martha's Vineyard Hospital** |
|---|---|
| By his attorney, | By its attorneys, |
| */s/ Stephen Schultz* | */s/ Jennifer A. Brennan* |
| Stephen Schultz, Esq. | Thomas E. Shirley, Esq. |
| Engel & Schultz, P.C. | Jennifer A. Brennan, Esq. |
| 125 High Street | Choate, Hall & Stewart |
| High Street Tower | 53 State Street |
| Suite 2601 | Boston, MA 02109-2891 |
| Boston, MA 02110 | (617) 248-5000 |
| (617) 951-9980 | |

Dated: October 14, 2004

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON: 10/14/04 jab