# Exhibit A

## EXHIBIT A

I hereby acknowledge that I am to review information and/or documents designated as Confidential Materials pursuant to the terms of the Stipulation and Confidentiality Order dated August ___, 2004, in the matter of <u>Hughes v. Martha's Vineyard Hospital</u>.  I acknowledge receipt of a copy of that Stipulation and Confidentiality Order, and certify that I have read it and that I agree to be bound by the terms and restrictions set forth therein.

_____

Date: _____

3736391v3