UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*
                                              \*
DEURWARD L. HUGHES, MD,                       \*
      Plaintiff                             \*
                                              \*
    -vs-                                    \*   CIVIL ACTION # 04 10565 DPW
                                              \*
MARTHA'S VINEYARD                             \*
HOSPITAL                                      \*
      Defendant                             \*
                                              \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

**Joint Motion to Extend Discovery Deadline and**
**Deadline for Filing Dispositive Motions**

      Plaintiff and Defendant jointly move to extend the discovery deadline from October 29, 2004 to December 24, 2004, the deadline for filing dispositive motions from November 30, 2004 to January 31, 2005, and the date of the next scheduled Status Conference from January 20, 2005 to a date to be set by the Court. In support of this Motion, the parties state:

1. Both parties are still actively undertaking discovery in this case. As the result of a Local Rule 37.b.1 Conference held by the parties, defendants have agreed to supplement their discovery responses by October 22, 2004. As all outstanding discovery disputes were not resolved at the Rule 37.b.1 Conference, plaintiff anticipates filing a Motion to Compel Further Responses shortly after receipt of the supplemental discovery responses. Until the outstanding issues as to the allowable scope of discovery are resolved by the Court, depositions cannot be completed.

2. Plaintiff's counsel has a 30 day trial scheduled to begin within three weeks in Barnstable Superior Court.

3. As the Complaint in this case was filed on March 22, 2004, even with the extension, discovery should be complete in this case within nine months of the filing of the Complaint.

| BY PLAINTIFF'S ATTORNEY, | BY DEFENDANT'S ATTORNEY |
|---|---|
| __s/Stephen Schultz_____ | __s/Jennifer Brennan_____ |
| Stephen Schultz, Esq. | Jennifer Aresco Brennan, Esq. |
| BBO # 447680 | BBO # 647356 |
| Engel & Schultz, P.C. | CHOATE, HALL & STEWART |
| 125 High Street, Suite 2601 | Exchange Place, 53 State Street |
| Boston, MA 02110 | Boston, MA 02109 |
| (617) 951-9980 | (617) 248-5000 |

Date: October 15, 2004

Certificate of Service

I, Stephen Schultz, hereby certify that a true and accurate copy of the above named document was served upon all counsel of record by first class mail, on October 15, 2004.

_____
Stephen Schultz