UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| * * * * * * * * * * * * * * * * * *   *<br>  *<br>DEURWARD L. HUGHES, MD,   *<br>     Plaintiff              *<br>                              *<br>  -vs-                        *<br>                              *<br>MARTHA'S VINEYARD           *<br>HOSPITAL                      *<br>     Defendant               *<br>                              *<br>* * * * * * * * * * * * * * * * * *   * | CIVIL ACTION # 04 10565 DPW |

**Plaintiff's Motion to Compel**
**Further Answers in Response to Plaintiff's First Set of Interrogatories to**
**the Defendant Martha's Vineyard Hospital**

Plaintiff Deurward L. Hughes, MD, moves for the reasons stated in the accompanying

Memorandum to compel defendant Martha's Vineyard Hospital to further answer Interrogatory

Question #s 12 & 16 (Interrogatories Seeking Information Relevant to Showing a Pattern of

Discrimination), and Interrogatory Question #s 21 & 22 (Interrogatory Questions Seeking

Information Relating to the Favorable Treatment of Jason Lew, MD)

             BY PLAINTIFF'S ATTORNEY,

             _s/Stephen Schultz_____
             Stephen Schultz, Esq.
             BBO# 447680
             Engel & Schultz, P.C.
             125 High Street, Suite 2601
             Boston, MA 02110
             (617) 951-9980 (Tel)
             (617) 951-0048 (Fax)

Date: October 25, 2004

Certificate of Service

       I hereby certify that I served a copy of the above-entitled document on counsel of record for defendant in the case by hand on this 25th day of October, 2004.

                                           s/Stephen Schultz
                                           Stephen Schultz

Certificate of Compliance with Local Rule 37.1

       I hereby certify that I conferenced with Jennifer Aresco Brennan, Esq., counsel for defendant, on September 29, 2004 for approximately 30 minutes and again on October 6, 2004 for approximately 25 minutes seeking to narrow discovery issues in dispute. Defendant agreed to supplement a number of its discovery responses, as more fully set forth in the Memorandum in Support of Plaintiff's Motion to Compel Further Production of Documents in Response to Plaintiff's First Request for the Production of Documents from the Defendant Martha's Vineyard Hospital.

                                           s/Stephen Schultz
                                           Stephen Schultz