UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*
                                                      \*
DEURWARD L. HUGHES, MD,           \*
        Plaintiff                 \*
                                  \*        CIVIL ACTION # 04 10565 DPW
    -vs-                          \*
                                  \*
MARTHA'S VINEYARD                 \*
HOSPITAL                          \*
        Defendant                 \*
                                  \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

**Plaintiff's Motion to Compel Further Production of Documents
in Response to Plaintiff's First Request for the Production of
Documents from the Defendant Martha's Vineyard Hospital**

Plaintiff Deurward L. Hughes, MD, moves for the reasons stated in the accompanying Memorandum to compel defendant Martha's Vineyard Hospital to further respond to Document Request #s 31, 32, 37, 38, 58 (Document Requests Seeking Documents Relevant to Showing a Pattern of Discrimination), Document Request #s 15, 52, 53, 54, 55, 57, 62 (Document Requests to Which Documents Were Withheld Because of a Claim of Peer Review Privilege), Document Request #s 63, 64, 65 (Document Requests Relating to Disparate Treatment of Dr. Hughes When Compared to Treatment of Jason Lew, M.D.), and Document Request #s 33 and 34 (Document Requests for Which Evidence Indicates That Defendant Deliberately Withheld Relevant Documents ).

[SIGNATURE OF NEXT PAGE]

BY PLAINTIFF'S ATTORNEY,

  s/Stephen Schultz_____
Stephen Schultz, Esq.
BBO# 447680
Engel & Schultz, P.C.
125 High Street, Suite 2601
Boston, MA 02110
(617) 951-9980 (Tel)
(617) 951-0048 (Fax)

Date: October 25, 2004

## Certificate of Service

      I hereby certify that I served a copy of the above-entitled document on counsel of record for defendant in the case by hand on this 25th day of October, 2004.

                      s/Stephen Schultz\_\_\_\_
                      Stephen Schultz

## Certificate of Compliance with Local Rule 37.1

      I hereby certify that I conferenced with Jennifer Aresco Brennan, Esq., counsel for defendant, on September 29, 2004 for approximately 30 minutes and again on October 6, 2004 for approximately 25 minutes seeking to narrow discovery issues in dispute.  Defendant agreed to supplement a number of its Interrogatory Answers, as more fully set forth in the Memorandum in Support of Plaintiff's Motion to Compel Further Production of Documents  in Response to Plaintiff's First Request for the Production of Documents from the Defendant Martha's Vineyard Hospital.

                      s/Stephen Schultz_____
                      Stephen Schultz