Exhibit # 1

| Date | Document Type | Author(s) | Recipients(s) | Copyee(s) | Subject | Privilege[1] |
|---|---|---|---|---|---|---|
| 04/02/02 | Letter | Maureen Keenan, Board of Registration in Medicine | Deurward L. Hughes, M.D. | | MGL ch. 112, § 5F report | MPP |
| 04/02/02 | Letter | Maureen Keenan, Board of Registration in Medicine | Deurward L. Hughes, M.D. | | MGL ch. 112, § 5F report | MPP |
| 04/05/02 | QI Review Form | Dr. Steven London | | | Dr. Hughes QI Review | MPP |
| 02/14/02 | QI Review Form | Dr. John MacArthur | | | Dr. Hughes QI Review | MPP |
| Review undated | QI Review Form | Dr. John MacArthur | | | Dr. Hughes QI Review | MPP |
| 07/03/01 | Memo | Perioperative Services Committee | Dr. John MacArthur | Dr. Hughes | OR QI monitoring agenda items | MPP |
| 04/02/02 | Letter w/ handwritten notes | Maureen Keenan, Board of Registration in Medicine | Deurward L. Hughes, M.D. | | MGL ch. 112, § 5F report | MPP A/C |
| 04/27/01 | Form | Dr. John MacArthur | | | Procedure Monitoring – New Appointment/ Procedure Form | MPP |
| 04/30/01 | Form | Dr. John MacArthur | | | Procedure Monitoring Clinical Observation – New Appointment/ Procedure Form | MPP |
| 07/03/02 | Medical Peer Review Form | | | | Medical Peer Review Form and Peer Review Scoring System | MPP |
| 07/07/02 | Medical Peer Review Form | | | | Medical Peer Review Form and Peer Review Scoring System | MPP |
| 07/20/02 | Medical Peer Review Form | | | | Medical Peer Review Form and Peer Review Scoring System | MPP |
| 07/30/02 | Medical Peer Review Form | | | | Medical Peer Review Form and Peer Review Scoring System | MPP |
| 07/05/02 | Medical Peer Review Form | | | | Medical Peer Review Form and Peer Review Scoring System | MPP |
| 05/14/02 | Letter | Dr. Reza Shah-Hosseini | Sharon Clauss-Zanger | | Review of QI Forms | MPP |

| Date | Document Type | Author(s) | Recipients(s) | Copyee(s) | Subject | Privilege |
|---|---|---|---|---|---|---|
| 05/01/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 04/15/02 | QI Review Form | Dr. Steven London | | | Dr. Hughes QI Review | MPP |
| 05/13/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/10/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/10/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| Review undated | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/10/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/10/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/10/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/10/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| Review undated | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/10/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/01/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/10/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/10/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/05/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/04/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/13/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/04/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |

| Date | Document Type | Author(s) | Recipients(s) | Copyee(s) | Subject | Privilege[1] |
|---|---|---|---|---|---|---|
| 05/04/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/01/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/04/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/04/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/04/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/04/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/04/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/01/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/04/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/13/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/12/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/13/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/13/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/02/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/10/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| Undated | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 05/13/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 04/15/03 | Letter w/ QI Review Form | Dr. Reza Shah-Hosseini | Sharon Clauss-Zanger | | Case review | MPP |
| 06/21/03 | Letter w/ attachments | Dr. Reza Shah-Hosseini | Sharon Clauss-Zanger | | Case review | MPP |

| Date | Document Type | Author(s) | Recipients(s) | Copyee(s) | Subject | Privilege[1] |
|---|---|---|---|---|---|---|
| 07/08/03 | Memo w/ attached Peer Review Form | Quality Improvement Office | Dr. Hughes | File | QI review of case #014533 | MPP |
| 07/08/03 | Memo w/ attached Peer Review Form | Quality Improvement Office | | File | QI Review of case #058299 | MPP |
| 04/14/03 | Medical Peer Review Form w/ attached notes | Dr. Reza Shah-Hosseini | Dr. Hughes | | Dr. Hughes review | MPP |
| 01/10/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 01/10/02 | QI Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 02/14/02 | QI Review Form | | | | Dr. Hughes QI Review | MPP |
| 04/23/02 | QI Review Form | | | | Dr. Hughes QI Review | MPP |
| 12/10/02 | Medical Peer Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 12/10/02 | Medical Peer Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 12/10/02 | Medical Peer Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 12/11/02 | Medical Peer Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 12/11/02 | Medical Peer Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 12/10/02 | Medical Peer Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 12/09/02 | Medical Peer Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 12/09/02 | Medical Peer Review Form | Dr. Reza Shah-Hosseini | | | Dr. Hughes QI Review | MPP |
| 07/07/02 | Memo w/ attached Quality Improvement Report | Dr. Hughes | Medical QI Committee | | Report of Injury | MPP |
| 03/18/02 | Memo w/ attached Quality Improvement Report | Quality Improvement Department | Dr. Hughes | | Quality Improvement Reports of 03/14/02 | MPP |
| 05/24/02 | Letter | Dr. James Butterick | Sharon Clauss-Zanger | | Case reviews | MPP |
| 04/18/02 | QI Review Form | | | | Dr. Hughes QI Review Form | MPP |
| 04/18/02 | QI Review Form | | | | Dr. Hughes QI Review Form | MPP |

| Date | Document Type | Author(s) | Recipients(s) | Copyee(s) | Subject | Privilege[1] |
|---|---|---|---|---|---|---|
| 10/27/00 | Evaluation Form | Dr. Schneider | Martha's Vineyard Hospital | | Practitioner Evaluation | MPP |
| 11/07/00 | Evaluation Form | Dr. Mark B. Woodland | Martha's Vineyard Hospital | | Practitioner Evaluation | MPP |
| 04/02/02 | Letter | Maureen Keenan, Board of Registration in Medicine | Dr. Hughes | | MGL ch. 112, § 5F Report | MPP |
| 01/29/02 | Evaluation Form | Catherine Chase, CNM | Martha's Vineyard Hospital | | Practitioner Evaluation | MPP |
| 01/14/02 | Evaluation Form | Stephen W. Miller, M.D. | Martha's Vineyard Hospital | | Practitioner Evaluation | MPP |
| 11/03/00 | Evaluation Form | Medical College of Pennsylvania/ Alleghany Univ. Hosp. (signature illegible) | Martha's Vineyard Hospital | | Practitioner Evaluation | MPP |
| 01/12/02 | Evaluation Form | Gerald P. Y___, Martha's Vineyard Hospital (signature illegible) | Martha's Vineyard Hospital | | Practitioner Evaluation | MPP |
| 10/20/01 | Report | American College of Obstetricians and Gynecologists | | | ACOG Report | MPP |