Exhibit 2

Case 1:04-cv-10564-DPW     Document 16-3     Filed 10/25/2004     Page 1 of 4

| SUBJECT | FINDINGS/DISCUSSION | CONCLUSIONS/RECOMMENDATIONS | ACTION |
|---|---|---|---|
| 1.0 Review of Old Minutes | Approved | | None required. |
| 3.0 Discussion | Drs. Hughes and Kriedman stated their case to the members of the Joint Conference Committee. The major points of discussion came down to the fact that these 2 doctors are being harassed and not welcomed in the Medical Staff, when the 2 doctors have tried their best to be quite agreeable with many of the issues brought to their attention. Drs. Hughes and Kriedman feel it has become a hostile environment, which will begin to effect patient care. The only staff members in support of the doctors work has been the Administration.<br>Examples of Behavior:<br>- Credential Process<br>- Repeated questions of why Dr. Kriedman would like privileges.<br>- How to contribute to hospital?<br>- PeriNatal committee/not welcomed by other OB/GYN.<br>- Patient in ER – not knowing forms; was told may be on probation for no signature.<br>• REDACTED | On-going | |

- No paperwork or other information to join committees.
- Dr. Hughes' initial encounter with Executive Committee – issue was Dr. Hughes' ability to practice medicine. The age issue was carried on for the next several months even after the credentials were approved.
- Coverage issues began between the two OB/GYN doctors – Both Cathy Chase and Dr. Hughes as well as their patients do not want Dr. Lew to cover their practice. Dr. Hughes, however, does and will cover for Dr. Lew. Lengthy discussion regarding the coverage issues for both Dr. Lew and the Midwifery Program.
- Both Drs. Hughes and Kriedman would like to see the animosity end and the level of harassment be toned down.
- Mr. Morgan stated that the credentialing process for these individuals has been long and drawn out. Also, other physicians in the medical staff have their own issues, so they bring down the rest of the medical staff. No others have been treated as poorly as Drs. Hughes and Kriedman have been recently. – First issue is the question of how to bring the medical staff together.
- Discussion of quality issues and how it is being dealt with through the Medical QI committee. ACOG is now involved for an overall OB/GYN review of records/process/procedures.
- Mr. Sweet noticed there is a bit of disconnect. Mr. Sweet has heard things from the credentialing that Dr. Kriedman was "unwilling to cover for Dr. Lew", when in fact Dr. Kriedman was more than happy, yet Dr. Lew turned it down. Mr. Sweet says outside the

| | | |
|---|---|---|
| | hospital he has heard nothing but positive feedback regarding Drs. Hughes and Kriedman. The only negative has been heard within the hospital. | |
| 5.0 Next Meeting | Meeting adjourned at 10:55am and the next meeting is scheduled September 21, 2001 at 9:30am in the SSCR. | None required. |