UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*    \*
                                              \*
DEURWARD L. HUGHES, MD,                       \*
         Plaintiff                            \*
                                              \*
     -vs-                                     \*    CIVIL ACTION # 04 10564 DPW
                                              \*
MARTHA'S VINEYARD                             \*
HOSPITAL                                      \*
         Defendant                            \*
                                              \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*    \*

**Joint Motion to Extend Discovery Deadline and
Deadline for Filing Dispositive Motions**

Plaintiff and Defendant jointly move to extend the discovery deadline from December 24, 2004 to February 28, 2004, the deadline for filing dispositive motions from January 31, 2005, to March 31, 2005, and the date of the next scheduled Status Conference from February 15, 2005 to a date to be set by the Court. In support of this Motion, the parties state:

1. This is the parties' second joint motion for an extension of the discovery schedule. The first motion, filed on or about October 15, 2004, noted that plaintiff was awaiting receipt of supplemental discovery responses and that a motion to compel would be filed shortly after receipt of the supplemental responses regarding several issues that the parties had been unable to resolve during the Local Rule 37.b.1 Conferences held by the parties. On October 22, 2004, plaintiff received the supplemental responses and on October 25, 2004, plaintiff filed a Motion to Compel Further Answers to Interrogatories and a Motion to Compel Further Production of Documents.

2. The court referred the motions to compel to Magistrate Cohen, who has yet to rule on the motions. Until the outstanding issues as to the allowable scope of discovery are resolved by Magistrate Cohen, depositions cannot be completed.

3. The parties now seek a two month extension of the discovery period to allow Magistrate Cohen to rule on the outstanding motions establishing the parameters of discovery, to accommodate the fact that Plaintiff's counsel has a several week trial scheduled to begin on January 10, 2005, and to allow the parties to schedule and complete discovery.

4. The parties are committed to scheduling depositions upon receipt of a ruling by Magistrate Cohen and believe that if the discovery period is extended this one last time that no more extensions should be necessary.

5. As the Complaint in this case was filed on March 22, 2004, even with the extension, discovery should be complete in this case in less than one year of the filing of the Complaint.

| BY PLAINTIFF'S ATTORNEY, | BY DEFENDANT'S ATTORNEY |
|---|---|
| _s/Stephen Schultz_____ | __s/Thomas E. Shirley_____ |
| Stephen Schultz, Esq. | Thomas E. Shirley, Esq. |
| BBO # 447680 | BBO # 542777 |
| Engel & Schultz, P.C. | CHOATE, HALL & STEWART |
| 125 High Street, Suite 2601 | Exchange Place, 53 State Street |
| Boston, MA 02110 | Boston, MA 02109 |
| (617) 951-9980 | (617) 248-5000 |

Date: December 9, 2004

Certificate of Service

I, Stephen Schultz, hereby certify that a true and accurate copy of the above named document was served upon all counsel of record by first class mail, on December 9, 2004.

___s/Stephen Schultz_____
Stephen Schultz