UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * *  *
                                     *
DEURWARD L. HUGHES, MD,              *
        Plaintiff                    *
                                     *     CIVIL ACTION # 04 10565 DPW
     -vs-                            *
                                     *
MARTHA'S VINEYARD                    *
HOSPITAL                             *
        Defendant                    *
                                     *
* * * * * * * * * * * * * * * * * *  *
```

**Assented to Plaintiff's Motion to Reschedule
Hearing on Plaintiffs' Motions to Compel**

Plaintiff moves the Court to reschedule the hearing on the outstanding Motions to Compel from Monday, December 20, 2004 at 2:00 PM to Tuesday, December 21, 2004 and 2:00 PM, and states as the reason for granting the motion that plaintiff's counsel has an all day mediation scheduled for December 20, 2004, counsel has been informed that Magistrate Cohen is available to hear the motion at 2:00 PM on December 21, 2004, and defendant's counsel assents to a rescheduling of the motion to the proposed date and time

| BY PLAINTIFF'S ATTORNEY, | BY DEFENDANT'S ATTORNEY |
|---|---|
| s/Stephen Schultz | s/Thomas E. Shirley |
| Stephen Schultz, Esq. | Thomas E. Shirley, Esq. |
| BBO # 447680 | BBO # 542777 |
| Engel & Schultz, P.C. | CHOATE, HALL & STEWART |
| 125 High Street, Suite 2601 | Exchange Place, 53 State Street |
| Boston, MA 02110 | Boston, MA 02109 |
| (617) 951-9980 | (617) 248-5000 |

Date: December 10, 2004

Certificate of Service

    I, Stephen Schultz, hereby certify that a true and accurate copy of the above named document was served upon all counsel of record by first class mail, on December 10, 2004.

    s/Stephen Schultz
Stephen Schultz

BY PLAINTIFF'S ATTORNEY,

_____
Stephen Schultz, Esq.
BBO # 447680
Engel & Schultz, P.C.
125 High Street, Suite 2601
Boston, MA 02110
(617) 951-9980 (Tel)
(617) 951-0048 (Fax)

Date: _____

Certificate of Service

    I, Stephen Schultz, hereby certify that a true and accurate copy of the above named document was served upon all counsel of record by hand/by first class mail, on July \_\_\_\_, 2004.

_____
Stephen Schultz