UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEURWARD L. HUGHES, MD,<br><br>Plaintiff,<br><br>v.<br><br>MARTHA'S VINEYARD HOSPITAL<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04 10564 DPW<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF JENNIFER BRENNAN

PLEASE TAKE NOTICE that Jennifer Aresco Brennan of Choate, Hall & Stewart has withdrawn as counsel for defendant Martha's Vineyard Hospital. Thomas E. Shirley, Esq. and Gretchen L. Edson, Esq. of Choate, Hall & Stewart, Exchange Place, 53 State Street, Boston, MA 02109, will remain as defendant's counsel of record.

Respectfully submitted,

MARTHA'S VINEYARD HOSPITAL

By its attorneys,

_/s/ Jennifer Brennan_  /s/ by permission
Thomas E. Shirley, Esq. (BBO # 542777)
Gretchen L. Edson (BBO #644742)
Jennifer Aresco Brennan (BBO # 647356)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, Massachusetts  02109
(617) 248-5000

Dated: January 13, 2005

3783297v1

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON: 1-13-05