UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEURWARD L. HUGHES, MD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARTHA'S VINEYARD HOSPITAL ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 04 10564 DPW |

## NOTICE OF APPEARANCE OF GRETCHEN L. EDSON

Please enter the appearance of Gretchen L. Edson of Choate, Hall & Stewart as counsel for defendant Martha's Vineyard Hospital.

Respectfully submitted,

MARTHA'S VINEYARD HOSPITAL

By its attorneys,

_____
Thomas E. Shirley, Esq. (BBO # 542777)
Gretchen L. Edson (BBO #644742)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 248-5000

Dated: January 13, 2005

3783293v1

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON: 1.13.05