UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DEURWARD L. HUGHES, MD,          )<br>                                 )<br>              Plaintiff,         )<br>                                 )<br>v.                               )<br>                                 )<br>MARTHA'S VINEYARD HOSPITAL       )<br>                                 )<br>              Defendant.         )<br>                                 ) | Civil Action No. 04 10564 DPW |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE AND
DEADLINE FOR FILING DISPOSITIVE MOTIONS**

Plaintiff and Defendant jointly move to extend the discovery deadline from February 28, 2005 to March 31, 2005, and the deadline for filing dispositive motions from March 31, 2005 to April 30, 2005. In support of this Motion, the parties state:

1. The parties last sought an extension of the discovery and dispositive motions deadlines on December 9, 2004 while awaiting a decision from Magistrate Cohen on the Plaintiff's motions to compel. The Court extended the discovery and dispositive motions deadlines to February 28, 2005 and March 31, 2005, respectively.

2. Magistrate Cohen issued his ruling on the Plaintiff's motions to compel on December 29, 2005.

3. The parties have completed all document discovery; only deposition discovery remains outstanding.

4. The parties worked diligently to schedule the originally anticipated thirteen depositions to be taken in this case. Due to scheduling conflicts among the attorneys and witnesses, the parties were unable to schedule all depositions by the February 28, 2005 deadline.

3833306v1

5. As of the date of this Motion, six depositions still need to be taken. These depositions have firm dates in March.[1] In light of the anticipated conclusion of all depositions by the end of March, the parties do not expect that any further extensions will be necessary.

BY PLAINTIFF'S ATTORNEY,

*Stephen Schultz*
Stephen Schultz, Esq. (BBO # 447680)
Engel & Schultz, P.C.
125 High Street
Suite 2601
Boston, Massachusetts 02110
(617) 951-9980

BY DEFENDANT'S ATTORNEY,

*Thomas E. Shirley*
Thomas E. Shirley, Esq. (BBO # 542777)
Gretchen L. Edson (BBO #644742)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 248-5000

Dated: February 25, 2005

Certificate of Service

I, Gretchen L. Edson, hereby certify that a true and accurate copy of the above-named document was served upon all counsel of record, by first class mail, on February 25, 2005.

*Gretchen L. Edson*
Gretchen L. Edson

---

[1] The deposition schedule is as follows: Cathy Chase and Patrick Donegan: March 9, 2005; Timothy Walsh: March 10, 2005; Timothy Guiney: March 23, 2005; Sharon Clauss-Zanger and designated 30(b)(6) witnesses: March 25, 2005.

-2-

3833306v1