UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DEURWARD L. HUGHES, MD, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04 10564 DPW |
| MARTHA'S VINEYARD HOSPITAL, | ) | |
| Defendant. | ) | |

## ASSENTED-TO MOTION FOR IMPOUNDMENT

In accordance with Local Rule 7.2, Defendant Martha's Vineyard Hospital hereby moves for an order impounding the following "CONFIDENTIAL MATERIAL" which is among the materials submitted in the Edson and Walsh Affidavits filed in support of its Motion for Summary Judgment:

The materials designated "CONFIDENTIAL" in the <u>Edson Affidavit</u> are as follows:

- Exhibit 4
- Exhibit 5
- Exhibit 10
- Exhibit 11
- Exhibit 18
- Exhibit 19
- Exhibit 20
- Exhibit 23
- Exhibit 24
- Exhibit 25
- Exhibit 29
- Exhibit 32
- Exhibit 42
- Exhibit 45

3919894v1

The materials designated "CONFIDENTIAL" in the Walsh Affidavit are as follows::

- Exhibit 1
- Exhibit 3
- Exhibit 4
- Exhibit 5
- Exhibit 6
- Exhibit 7
- Exhibit 8
- Exhibit 9
- Exhibit 10
- Exhibit 11
- Exhibit 12
- Exhibit 13
- Exhibit 15
- Exhibit 20
- Exhibit 22
- Exhibit 25
- Exhibit 26

Defendant bases this motion for impoundment on the Stipulation and Confidentiality Order agreed to by the parties and entered by this Court on October 18, 2004, which provides that "any party claiming [documents submitted to this Court] are confidential [may] request that the CONFIDENTIAL MATERIAL be impounded by the Court, pursuant to Local Rule 7.2, for an appropriate period of time." Order, Exhibit 1 ¶ 9. The above referenced documents contain "CONFIDENTIAL MATERIAL" as that term is defined in the Stipulation and Confidentiality Order. Defendants hereby request that the materials be impounded until the resolution of this action, and thereafter as requested by the Defendant upon a motion to the Court.

Defendant further requests that the Court grant it leave, pursuant to Local Rule 7.2(d), to file the above referenced documents under seal concurrently with this motion for impoundment.

3919894v1

Respectfully submitted,

MARTHA'S VINEYARD HOSPITAL

By its attorneys,

_____
Thomas E. Shirley, Esq. (BBO # 542777)
Gretchen L. Edson (BBO #644742)
CHOATE, HALL & STEWART LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 248-5000


DEURWARD L. HUGHES, M.D.

By his attorney,

*Stephen Schultz w/ permission*
_____
Stephen Schultz, Esq., Esq. (BBO # 447680)
Engel & Schultz, P.C.
125 High Street
Suite 2601
Boston, MA 02110
(617) 951-9980

Dated: May 2, 2005

## RULE 7.1 CERTIFICATION

Counsel for Defendant hereby certifies that she has conferred with Plaintiff's counsel prior to filing this Motion in a good faith effort to resolve or narrow the issues presented.

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY ~~MAIL~~/HAND ON: 5-2-05

_____
Gretchen L. Edson

3

3919894v1