UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEURWARD L. HUGHES, MD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARTHA'S VINEYARD HOSPITAL, )<br>)<br>Defendant. )<br>) | Civil Action No. 04 10564 DPW |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendant moves for summary judgment in its favor on all counts of the Complaint. In support of this Motion, Defendant submits a Statement of Undisputed Material Facts, supporting affidavits, and a Memorandum of Law, all filed herewith.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendant requests a hearing on this Motion.

Respectfully submitted,

MARTHA'S VINEYARD HOSPITAL

By its attorneys,

_____
Thomas E. Shirley, Esq. (BBO # 542777)
Gretchen L. Edson (BBO #644742)
CHOATE, HALL & STEWART LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 248-5000

Dated: May 2, 2005

3919799v1

## **RULE 7.1 CERTIFICATION**

Counsel for Defendant hereby certifies that she has conferred with Plaintiff's counsel prior to filing this Motion in a good faith effort to resolve or narrow the issues presented.

_____
Gretchen L. Edson

I HEREBY CERTIFY THAT A TRUE **COPY OF THE** ABOVE DOCUMENT WAS SERVED **UPON** THE ATTORNEY OF RECORD **FOR EACH** OTHER PARTY BY MAIL/HAND ON: 5·2·05

2

3919799v1