UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DEURWARD L. HUGHES, MD,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>MARTHA'S VINEYARD HOSPITAL,  )<br>  )<br>Defendant.  )<br>  ) | Civil Action No. 04 10564 DPW |

### AFFIDAVIT OF SAMUEL PATRICK DONEGAN, M.D.

I, Samuel Patrick Donegan, depose and state as follows:

1. I was born on February 15, 1956.

2. I am an OB-GYN. I was hired by Martha's Vineyard Hospital ("the Hospital") in August 2003.

3. During the first several surgical procedures I performed at the Hospital, I was monitored in the operating room by one of the Hospital's surgeons.

3918690v1

Signed under the pains and penalties of perjury this 29th day of April, 2005.

*Samuel Patrick Donegan*
Samuel Patrick Donegan

2

3918690v1

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON: 5-2-05