# Affidavit of Gretchen Edson Part 5

# Exhibit 43



## MARTHA'S VINEYARD HOSPITAL

One Hospital Road • P. O. Box 1477 • Oak Bluffs, MA 02557 • Tel: 508 693-0410 • Fax: 508 693-5971

April 18, 2003

Sharon Clauss-Zanger
Risk Manager
Martha's Vineyard Hospital

Dear Sharon,

This letter is in response to the unprofessional behavior I observed between Doctors Steve London, Deurward Hughes, and Karen Cheshire.

I was called to the Maternity Department about an unstable patient. After speaking with the OB staff nurses and Dr. Hughes, it was decided that the patient needed to go to surgery. I called Gwenn Mead, RN (O.R. Charge Nurse) about the urgency of the case. She stated to me she would hold the next case, and anesthesia was on the way to OB to speak with the patient and Dr. Hughes. I left the department to go to the OR. On the way I passed Drs London and Cheshire and I informed them that Dr. Hughes was at the bedside.

Upon returning to the Maternity Department, I observed Dr. London, Dr. Hughes and Dr. Cheshire in the back hallway in a very unprofessional, aggressive conversation about Dr. Hughes' decision about going to surgery. Dr. London was very challenging in his questions to Dr. Hughes, i.e., "How many of these have you done before?"; "Did you get a surgical consent?", "I want a surgical consult prior to going to surgery." Dr. Hughes replied, "I am the obstetrician and am fully capable to make these decisions." Dr. Cheshire stated, "You had your chance this morning to fix the bleeding." All parties involved were verbally attacking each other in a very loud voice with numerous unprofessional comments made. After approximately 10 minutes, Dr. Hughes walked away and I returned to the OB Department to bring the patient to the OR.

For any further assistance in this matter, please feel free to call me.

Brian Hendrixon, RN, CCRN
Nurse Manager

EXHIBIT
Hughes
44
2-15-05
PENGAD 800-631-6989

# Exhibit 44



# INTEROFFICE MEMORANDUM

| | |
|---|---|
| **TO:** | DR. HUGHES |
| **FROM:** | QUALITY IMPROVEMENT |
| **SUBJECT:** | VARIANCE REPORT OF 6/11/03 (#03-205) |
| **DATE:** | 6/11/03 |
| **CC:** | FILE |

Attached please find copies of quality improvement reports submitted to QI, involving your department(s) or services.

The process to follow is to submit a written response in the "CAUSE OF THE OCCURRENCE" section and in the "WHAT CAN BE DONE TO PREVENT THIS OCCURRENCE" section. The report will then be discussed at the appropriate service committee for quality improvement initiatives.

Please submit your written response to the QI Office at your earliest convenience.

Thank you for your participation in the Quality Improvement Program at Martha's Vineyard Hospital.



_0111

#03-205 (S)    TO: DR. HUGHES

Martha's Vineyard Hospital — Quality Improvement Report
16356016 JUNEBLAD, EVA

| Name of Party Involved | | ER NON F 35 DOB 06/11/03 | Medical Rec No. |
|---|---|---|---|
| | | 06/11/03 |

ER
NON F 35 DOB 06/21/1907 [Female]
MRN MI 07-78-60 DR. NITUER, HENRY
Age

Last    First

**Date of Occurrence** 6 / 11 / 03  Month Day Year
**Time of Occurrence** 10:10 ☑AM ☐PM
**Identification** ☐Inpatient ☐Visitor
☑ER patient ☐Outpatient ☐Other i.e. Volunteer
**Reason for Hospitalization**

**Area Incident Occurred**
☐Operating Room ☑Emergency Room ☐Patient Room # ☐Intensive Care Unit ☐Recovery Room ☐Labor and Delivery
☐Xray ☐Public Areas In House ☐Hospital Grounds ☐Other Areas Specify

**Post Op Day    Post Partum Day    Attending Physician**

Equipment Involved | Bedrails ☐Up ☐Down | Restraints On ☐Yes ☑No
Medicated past 2 Hrs.☐ Type of Medication

**EVENT/OCCURRENCE PLEASE CHECK /CIRCLE AS MANY ITEMS AS NEEDED TO FULLY EXPLAIN OCCURRENCE**

1. **Safety/Fall Related**
☐a.Slip & fall
☐b.Found on floor
☐c.Fall from bed/chair/table
☐d.Removed restraints
☐e.Climbed over siderails
☐f.Dropped/mishandled patient
☐g.

2. **Communication Related**
☐a.No report of abnormal or STAT lab/xray/test results
☑b.MD not notified/No MD response
☐c.Orders/instructions carried out incorrectly
☐d.Incomplete chart
☐e.Consent signed for wrong procedure
☐f.Procedure done without consent
☐g.Patient states inadequate informed consent
☐h.

3. **IV/Blood related**
☐a.Wrong patient
☐b.Wrong IV solution/rate/time
☐c.Wrong IV solution/rate/time
☐d.Wrong blood/blood components
☐e.Omitted drug/IV
☐f.IV complication
☐1. Nerve involvement
☐2. Infiltration/infection
☐g.Transfusion reaction

4. **Medication Error**
*Please complete the MVH Med Error Report Form and return to QI Office

5. **Pyxis Variance**
*Please complete the MVH Pyxis Variance Form and return to Pharmacy

6. **Adverse Drug Reaction (ADR)**
*Please complete the MVH ADR Report Form and return to Pharmacy

7. **Equipment Related**
☐a.Equipment burned patient
☐b.Equipment dropped on pt.
☐c.Equipment malfunc./failed
☐d.Equipment not available
☐e.

8. **Diagnosis/treatment related**
☐a.Hospital admission W/I 7 days for problems treated at last admission
☐b.Failure to adequately diagnose condition requiring:
☐1.Admission to hospital
☐2. Repeat visit to ER
☐c.Xrays read as negative/later read as positive
☐d.Diagnosed abnormal condition when none existed
☐e.Treatment delayed worsening condition
☐f.Complications of procedure
☐g.Unplanned repeat diagnostic procedure
☐h.Monitored inadequately
☐i.Inserted catheter/tube/drain incorrectly
☐j.Catheter/tube/drain mismanaged
☐k.

9. **Labor and Delivery Related**
☐a.Fetal distress not timely recognized
☐b.Delayed C-Section
☐c.Labor/delivery complication
☐d.Complication/augmented labor
☐e.Traumatic birth
☐f.Forceps injury to infant
☐g.MD unattended delivery
☐h.

10. **Surgery/anesthesia related**
☐a.Anesthesia complication
☐1.Intubation/extubation
☐2.Anesthesia agent
☐3.Aspiration
☐b.Wrong patient/side/site
☐c.Unplanned organ repair/removal
☐1.Bowel
☐2.Artery
☐3.Bladder/Ureter
☐4.Spleen
☐5.Uterus/ovary
☐6.
☐d.Left in patient
☐1.Sponge/instrument/needle
☐e.Return to OR same or new admission due to:
☐1.Hemorrhage
☐2.Wound disruption
☐3.Wound infection
☐4.Removal of retained foreign body
☐5.
☐f.Acute MI/CVA/embolus following surgery
☐g.Admit following same day surgery
☐h.

11. **Miscellaneous**
☐a.Displeased/dissatisfied patient or family
☐b.Assault on patient/visitor/staff
☐c.Refused ER treatment
☐d.Elopement/left AMA
☐e. Self-inflicted injury
☐f.

0112

MVH-DAR 150-7/01

## 12. Musculoskeletal
- [ ] a. Amputation
- [ ] b. Broken teeth/dental work
- [ ] c. Fracture/dislocation
- [ ] d. Soreness
- [ ] e. Strain/sprain
- [ ] f. _____

## 13. Skin/tissue/systematic
- [ ] a. Abcess/decubitus ulcer
- [ ] b. Allergic/adverse reaction
- [ ] c. Burn
- [ ] d. Contusion/abrasion
- [ ] e. Dehiscence
- [ ] f. Edema/swelling
- [ ] g. Febrile on discharge
- [ ] h. Fistula
- [ ] i. Hematoma/rash/ecchymosis
- [ ] j. Laceration/perforation
- [ ] k. Sloughing/scarring/necrosis
- [ ] l. Wound infection
- [ ] m. _____

## 14. Central nervous system
- [ ] a. Cerebral vascular accident
- [ ] b. Coma
- [ ] c. Neuro damage/deficit/loss
- [ ] d. Para/quadriplegic
- [ ] e. Seizure
- [ ] f. _____

## 15. Cardiopulmonary
- [ ] a. Airway obstruction
- [ ] b. Aspiration
- [ ] c. Cardiopulmonary arrest
- [ ] d. Death
- [ ] e. Hemorrhage
- [ ] f. Phlebitis/embolism
- [ ] g. Respiritory distress
- [ ] h. Shock
- [ ] i. Tracheal injury
- [ ] j. _____

## 16. Newborn
- [ ] a. Apgar <5 at 5 minutes
- [ ] b. Brachial palsy
- [ ] c. Meconium stained
- [ ] d. Newborn resuscitation by intubation
- [ ] e. Still birth
- [ ] f. _____

### Notification/action
Noted on chart   [ ] Yes [ ] No
Attending Physician
notified   [ ] Yes [ ] No

### Follow-up Treatment
- [ ] Xray Ordered/done/result_____
- [ ] Treatment rendered

### Seen By
- [ ] Attending MD [ ] Emergency MD
Other, specify_____
Name _____
Time called _____
Time Responded_____

### Assessment of injury
- [ ] No injury
- [ ] No apparent injury
- [ ] Extended length of stay

---

## NOTIFICATION SYSTEM FOLLOW-UP

Patient [ ]    Employee [ ]    Visitor [ ]    Property [ ]

**Describe the Occurrence Briefly (Description)** *Patient c concern for miscarriage pts. ob/gyn paged (Dr. Nieder) called, none, pager, cell phone, no response*

**REPORTED BY** *H. Nieder*    Date *6/11/0_*

**Cause(s) of this Occurrence (Analysis)** *my pager did work, but my cell phone was new and apparently had not been activated - It was activated, and I responded immediately (within the 30 minute period) AND SPOKE TO DR. NIEDER !!! Pt was not Threatening to abort, but thought she had ruptured membranes, Pt was seen and waiting. I would be happy to discuss with QI in presence of Dr. Shah.*

**SIGNATURE**    Date_____

**Determine What Action Should or Can Be Done To Prevent This Occurrence (Action)** *Tell Dr Nieder to cease his unnecessary harassment - The ER protocol was followed - and I spoke to Dr Nieder himself.*

**SIGNATURE** *[signature] MD*    Date *6.17.0_*

## - REVIEW -
Refer to Committee Or Department For Implementation Or Determination Of Action Taken if Necessary

Committee_____ Date_____    Department_____ Date_____

Follow-up Action Implemented [ ] Yes [ ] No

Date Reviewed_____

Risk Manager_____

Loss Control Review Date_____    L.C.C._____

*** Please Return This Form to Quality Improvement ***

# Exhibit 45



MARTHA'S
**MHV HOSPITAL**
VINEYARD

## Medical Quality Improvement Committee

**To:**   Dr. Deurward Hughes, Dr. Jason Lew, Cathy Chase, RNCM
**From:** Dr. Pieter Pil, MQIC
**CC:**   MQIC, Sharon Clauss-Zanger, Medical Executive Committee
**Date:** 06/18/2003
**Re:**   Conclusions from Dr. Shah's evalution of OB-GYN at MVH

As the new chair of the Medical Quality Improvement Committee, I would like to express my appreciation for your patience and assistance as we worked through the external evaluation of OB-GYN services here at MVH. From this evaluation it is clear that practitioners are striving to provide the best possible OB-GYN care here on Martha's Vineyard and are to be commended for doing so. The Medical Quality Improvement Committee has evaluated the input from the external consultant and the OB-GYN practitioners at MVH and has come up with the following recommendations to assist in the continuing improvement of OB-GYN services at MVH.

1)  Laparoscopic tubal ligation is the Martha's Vineyard Hospital standard of care for sterilization not occurring in the immediate post-partum period. Deviation from this standard will require a written explanation in the patient chart detailing the indications for the selection of an alternative sterilization process and indicating that this was explained to the patient.

2)  A patient who is a candidate for a vaginal hysterectomy should be offered that procedure rather than an abdominal hysterectomy. If need be patients should be referred to physicians performing that procedure.

3)  Hysteroscopy plays an important part in modern day OB-GYN services and practitioners are encouraged to obtain additional training so that this important service can be provided at MVH. The MQIC recommends that management and nursing be appraised of the importance of hysteroscopy and that appropriate equipment and trained nurses be made available for such procedures.

4)  Following the latest recommendation from ACOG regarding the 300 seconds to section time for VBACs and the reiteration by ProMutual that they expect MVH to abide by this recommendation, VBACs will not be performed at MVH. Please inform any VBAC patients that you may have that we cannot offer this procedure at MVH and help them make alternative arrangements. Effective immediately, no one will be privileged to perform VBACs at MVH.

5)  Practitioners are encouraged to collaborate on difficult and challenging cases, particularly on operative cases that are performed infrequently.

PENGAD 800-631-6980

EXHIBIT
Hughes
46
2-15-05

CONFIDENTIAL
MVH 1509

# Exhibit 46

*#103 - 243*     *To Dr. Hughes*
*Sent 7.2.03*

**Martha's Vineyard Hospital - Quality Improvement Report**

| Name of Party Involved | | | Medical Rec No. |
|---|---|---|---|
| Dr Hughes, Dr Lew, Dr. Keieoman | ☐ Male  ☐ Female | | |
| Last                First                MI | Age ____ | | |

| Date of Occurrence | Time of Occurrence | Identification | Reason for Hospitalization |
|---|---|---|---|
| 6 27 03 | ☐ AM | ☐ ER patient  ☐ Inpatient  ☐ Visitor | |
| Month  Day  Year | ☐ PM | ☐ ER patient  ☐ Outpatient  ☐ Other i.e. Volunteer | |

**Area Incident Occurred**
☐ Operating Room
☐ Emergency Room
☐ Patient Room #____
☐ Intensive Care Unit
☐ Recovery Room
☐ Labor and Delivery
☐ Xray
☐ Public Areas In House
☐ Hospital Grounds
☐ Other Areas Specify____  ✗ ON CALL

Post Op Day     Post Partum Day     Attending Physician
✗ SEE ATTACHED LETTER

Equipment Involved ____
Medicated past 2 Hrs.☐
Type of Medication ____

Bedrails
☐ Up
☐ Down

Restraints On
☐ Yes
☐ No

**EVENT/OCCURRENCE PLEASE CHECK /CIRCLE AS MANY ITEMS AS NEEDED TO FULLY EXPLAIN OCCURRENCE**

1. **Safety/Fall Related**
   ☐ a.Slip & fall
   ☐ b.Found on floor
   ☐ c.Fall from bed/chair/table
   ☐ d.Removed restraints
   ☐ e.Climbed over siderails
   ☐ f.Dropped/mishandled patient
   ☐ g._____

2. **Communication Related**
   ☐ a.No report of abnormal or STAT lab/xray/test results
   ☐ b.MD not notified/No MD response
   ☐ c.Orders/instructions carried out incorrectly
   ☐ d.Incomplete chart
   ☐ e.Consent signed for wrong procedure
   ☐ f.Procedure done without consent
   ☐ g.Patient states inadequate informed consent
   ☐ h._____

3. **IV/Blood related**
   ☐ a.Wrong patient
   ☐ b.Wrong IV solution/rate/time
   ☐ c.Wrong IV solution/rate/time
   ☐ d.Wrong blood/blood components
   ☐ e.Omitted drug/IV
   ☐ f.IV complication
     ☐ 1. Nerve involvement
     ☐ 2. Infiltration/infection
   ☐ g.Transfusion reaction

4. **Medication Error**
   *Please complete the MVH Med Error Report Form and return to QI Office*

5. **Pyxis Variance**
   *Please complete the MVH Pyxis Variance Form and return to Pharmacy*

6. **Adverse Drug Reaction (ADR)**
   *Please complete the MVH ADR Report Form and return to Pharmacy*

7. **Equipment Related**
   ☐ a.Equipment burned patient
   ☐ b.Equipment dropped on pt.
   ☐ c.Equipment malfunc./failed
   ☐ d.Equipment not available
   ☐ e._____

8. **Diagnosis/treatment related**
   ☐ a.Hospital admission W/I 7 days for problems treated at last admission
   ☐ b.Failure to adequately diagnose condition requiring:
     ☐ 1.Admission to hospital
     ☐ 2. Repeat visit to ER
   ☐ c.Xrays read as negative/later read as positive
   ☐ d.Diagnosed abnormal condition when none existed
   ☐ e.Treatment delayed worsening condition
   ☐ f.Complications of procedure
   ☐ g.Unplanned repeat diagnostic procedure
   ☐ h.Monitored inadequately
   ☐ i.Inserted catheter/tube/drain incorrectly
   ☐ j.Catheter/tube/drain mismanaged
   ☐ k._____

9. **Labor and Delivery Related**
   ☐ a.Fetal distress not timely recognized
   ☐ b.Delayed C-Section
   ☐ c.Labor/delivery complication
   ☐ d.Complication/augmented labor
   ☐ e.Traumatic birth
   ☐ f.Forceps injury to infant
   ☐ g.MD unattended delivery
   ☐ h._____

10. **Surgery/anesthesia related**
    ☐ a.Anesthesia complication
      ☐ 1.Intubation/extubation
      ☐ 2.Anesthesia agent
      ☐ 3.Aspiration
    ☐ b.Wrong patient/side/site
    ☐ c.Unplanned organ repair/ removal
      ☐ 1.Bowel
      ☐ 2.Artery
      ☐ 3.Bladder/Ureter
      ☐ 4.Spleen
      ☐ 5.Uterus/ovary
      ☐ 6._____
    ☐ d.Left in patient
      ☐ 1.Sponge/instrument/ needle
    ☐ e.Return to OR same or new admission due to:
      ☐ 1.Hemorrhage
      ☐ 2.Wound disruption
      ☐ 3.Wound infection
      ☐ 4.Removal of retained foreign body
      ☐ 5._____
    ☐ f.Acute MI/CVA/embolus following surgery
    ☐ g.Admit following same day surgery
    ☐ h._____

11. **Miscellaneous**
    ☐ a.Displeased/dissatisfied patient or family
    ☐ b.Assault on patient/ visitor/staff
    ☐ c.Refused ER treatment
    ☐ d.Elopement/left AMA
    ☐ e. Self-inflicted injury
    ☐ f._____

0057



MVH-DAR 158-7/01

| 12. Musculoskeletal | 14. Central nervous system | Notification/action |
|---|---|---|
| ☐ a.Amputation | ☐ a.Cerebral vascular accident | Noted on chart ☐Yes ☐No |
| ☐ b.Broken teeth/dental work | ☐ b.Coma | Attending Physician |
| ☐ c.Fracture/dislocation | ☐ c.Neuro damage/deficit/loss | notified ☐Yes ☐No |
| ☐ d.Soreness | ☐ d.Para/quadriplegic | |
| ☐ e.Strain/sprain | ☐ e.Seizure | Follow-up Treatment |
| ☐ f.___ | ☐ f.___ | ☐Xray Ordered/done/result___ |
| 13. Skin/tissue/systematic | 15. Cardiopulmonary | ☐Treatment rendered |
| ☐ a.Abcess/decubitus ulcer | ☐ a.Airway obstruction | ___ |
| ☐ b.Allergic/adverse reaction | ☐ b.Aspiration | |
| ☐ c.Burn | ☐ c.Cardiopulmonary arrest | Seen By |
| ☐ d.Contusion/abrasion | ☐ d.Death | ☐Attending MD ☐Emergency MD |
| ☐ e.Dehiscence | ☐ e.Hemorrhage | Other,specify___ |
| ☐ f.Edema/swelling | ☐ f.Phlebitis/embolism | Name ___ |
| ☐ g.Febrile on discharge | ☐ g.Respiratory distress | Time called___ |
| ☐ h.Fistula | ☐ h.Shock | Time Responded___ |
| ☐ i.Hematoma/rash/ecchymosis | ☐ i.Tracheal injury | |
| ☐ j.Laceration/perforation | ☐ j.___ | Assessment of injury |
| ☐ k.Sloughing/scarring/necrosis | 16. Newborn | ☐No injury |
| ☐ l.Wound infection | ☐ a.Apgar <5 at 5 minutes | ☐No apparent injury |
| ☐ m.___ | ☐ b.Brachial palsy | ☐Extended length of stay |
| | ☐ c.Meconium stained | |
| | ☐ d.Newborn resuscitation by intubation | |
| | ☐ e.Still birth | |
| | ☐ f.___ | |

## NOTIFICATION SYSTEM FOLLOW-UP

Patient ☐          Employee ☐          Visitor ☐          Property ☐

Describe the Occurrence Briefly (Description)

___

___

**REPORTED BY** ___ Date ___

Cause(s) of this Occurrence (Analysis) Dr HUGHES - Please comment

___

**SIGNATURE** ___ Date ___

Determine What Action Should or Can Be Done To Prevent This Occurrence (Action)

___

**SIGNATURE** ___ Date ___

### - REVIEW -

Refer to Committee Or Department For Implementation Or Determination Of Action Taken if Necessary

Committee ___ Date ___ Department ___ Date ___

Follow-up Action Implemented ☐ Yes ☐ No

Risk Manager ___ Date Reviewed ___

Loss Control Review Date ___ L.C.C. ___

*** Please Return This Form to Quality Improvement ***

VANZ-NICK # 03-243    SCZ

# Jason Lew, M.D.

O  B  S  T  E  T  R  I  C  S  &  G  Y  N  E  C  O  L  O  G  Y

June 27, 2003

Dear Tim,

　　Something peculiar happened last time Dr Hughes covered for me. I wasn't sure what to make of it. I thought perhaps as his employer you might have some insight into it.

　　A patient called my office and the answering service informed her that Dr Hughes was covering for me. To the patients surprise, however, Terry Kriedman called the patient instead of Dr. Hughes. Both the patient and I were somewhat confused with this. Do you have a coverage /call arrangement with Dr. Kriedman, whereby she would be covering for me when Dr. Hughes is covering for me? I am available if you have questions regarding this. Thank you for your consideration of this matter.

Yours Truly,
Jason Lew

Jason

cc.  Dr. Steve London

0059

Box 1236    Martha's Vineyard Hospital    Oak Bluffs MA 02557    508-693-6744

# Exhibit 47

 **MARTHA'S VINEYARD HOSPITAL**

One Hospital Road • P. O. Box 1477 • Oak Bluffs, MA 02557 • Tel: 508 693-0410 • Fax: 508 693-5971

July 29, 2003

Deurward Hughes, M.D.
P.O. Box 1477
Oak Bluffs, MA 02557

Dear Dr. Hughes,

This letter is in response to the incident report that you submitted concerning the occurrence on April 16, 2003 between yourself and Dr. London.

After interviewing the principals involved, and several members of the hospital staff, who happened to witness the events of April 16, I made a report to the Medical Executive Committee.

Following a lengthy discussion it was concluded that:

1. Dr. London made a poor choice when he began his discussion with you in a public area. In addition, the exchanges that ensued involved inappropriate behavior by both of you.

2. In the interest of patient care it is imperative that both of you be able to work together. The committee was reassured when I told them that you would never allow your personal feelings to interfere with patient care. Indeed, since that incident it has been noted that you and Dr. London have been able to interact effectively and professionally. It is the expectation of the Medical Executive Committee that you and Dr. London will continue to conduct yourselves in a professional manner.

3. As to your concerns regarding a pattern of continued behavior on Dr. London's part to undermine you: This is the first complaint of this nature brought to the Medical Executive Committee, as such we cannot substantiate your claim of a pattern of disruptive, unprofessional, and unethical behavior towards you. This incident, however, has been noted.

4. Dr. London will also be receiving a letter regarding his behavior on April 16, 2003.

5. The committee does not feel that a formal investigation is warranted.

Sincerely,

Michael L. Goldfein, M.D.
Vice Chair Medical Staff

Cc: Tim Walsh
    Sharon Clauss - Zanger

EXHIBIT
Hughes
# 8
2-15-05

:0123

# Exhibit 48

DEURWARD L. HUGHES, M.D., F.A.C.O.G.
BOARD CERTIFIED IN OBSTETRICS AND GYNECOLOGY

10 DOLPHINE MERRY ROAD
P.O. BOX 1060
WEST TISBURY, MA 02575
TELEPHONE: (508) 693-4425
FAX: (508) 696-8810

December 29, 2003
Steve London, M.D.
Chief, Medical Staff

Dear Dr. London,

I have decided not to reapply for staff privileges at Martha's Vineyard Hospital at this time. My contract with the hospital ends on February 10, 2004.

Yours truly,


Deurward L. Hughes, M.D.



EXHIBIT
Hughes
50
2-15-05
FBI/BAO 000-031-6069

0055

# Exhibit 49

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEURWARD L. HUGHES, MD,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MARTHA'S VINEYARD HOSPITAL<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　　Civil Action No. 04 10564 DPW |

## DEFENDANT'S FIRST SUPPLEMENTAL
### RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Defendant Martha's Vineyard Hospital (the "Hospital") hereby supplements its responses

to the First Set of Interrogatories propounded by Plaintiff Deurward L. Hughes ("Dr. Hughes"), as

follows:

### General Objections

1.　　The Hospital objects generally to the Interrogatories to the extent that they might be

construed as seeking information subject to the attorney-client, work-product, medical peer review

privilege or any other applicable privilege.  Such information is excluded from the scope of the

Hospital's responses.  The Hospital relies upon and asserts any and all applicable privileges, and

any disclosure of privileged information by the Hospital is inadvertent and is not deemed a waiver

thereof.

2.　　The Hospital objects generally to the Interrogatories to the extent that they seek

personal and confidential personnel information, including but not limited to employees' names,

3738841v1

race, gender, dates of employment, and home addresses. Such information is generally excluded from the scope of the Hospital's Responses.

3.      The Hospital objects to the scope of the Interrogatories because many of them seek information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

4.      The Hospital objects to the scope of these Interrogatories because many of them are overbroad. To the extent an Interrogatory seeks information for a particular period of time, unless otherwise noted in the Hospital's response; the Hospital's response is limited to the period January 1, 2001 through November 3, 2003.

5.      Every response set forth below is provided subject to the above general objections and to any specific objections made in each such response, and the Hospital does not waive any such objections by providing such responses. To the extent any general objection is repeated below, such repetition is for emphasis only and the lack of repetition is not a waiver of any general objection.

6.      To the extent the Hospital's responses call for production of documents, the documents will be produced upon the Parties' execution of a Stipulation of Confidentiality Order or entry of a Protective Order by the Court.

7.      The Hospital's objections and responses to the Interrogatories are based upon such information as is presently known to the Hospital. The Hospital has not completed its discovery or preparation for trial in this action, and accordingly reserves its right to amend or supplement any of the objections and responses set forth below.

## Specific Objections and Responses

**INTERROGATORY NO. 4:**

Please identify all communications involving one or more members of the hospital's board or an officer of the hospital relating to the age of the hospital's doctors, including but not necessarily limiting your answer to, identification of all instances in which Dr. Hughes' age was discussed, all instances in which the need to hire younger physicians was discussed, the dates of any such discussions, the persons engaged in such communications and a summary of the conversations.

**RESPONSE TO INTERROGATORY NO. 4:**

The Hospital objects to this Interrogatory to the extent it is overbroad and unduly burdensome.

The Hospital further objects to this Interrogatory to the extent it seeks information concerning

communications protected by the attorney-client privilege.  Subject to and without waiving its

General or Specific objections, the Hospital states that information concerning statements of the

Hospital Board or officers relating to the age of the Hospital's doctors can be derived from

documents the Hospital will produce in this matter at bates range MVH 0303 – 0331, upon

execution of a Stipulation of Confidentiality Order.

**INTERROGATORY NO. 5:**

Please compare the hours worked by Dr. Hughes to the hours worked by each and every doctor employed by the hospital, including but not necessarily limiting your answer, to the identity of each member of the active staff, the number of office hours/week worked by each member on the active staff, the number of hours on call per week for each member of the active staff and the total number of hours/year of work for which the doctor was paid.

**RESPONSE TO INTERROGATORY NO. 5:**

The Hospital objects to this Interrogatory to the extent it is overbroad and unduly

burdensome.  The Hospital further objects to Interrogatory No. 5 on the ground that to the extent it

seeks information concerning physicians other than Dr. Hughes and Dr. Donegan, the

Interrogatory seeks information that is not relevant or reasonably calculated to lead to the

discovery of admissible evidence relating to the issues in dispute.  Subject to and without waiving

3738841v1

its General or Specific objections, the Hospital states that it incorporates its response to

Interrogatory No. 6 herein, and that non-privileged documents reasonably responsive to this

Interrogatory, or from which a response to this Interrogatory can be derived, which concern the

hours worked by Dr. Hughes and Dr. Donegan, will be produced by the Hospital at bates range

MVH 0827 – 0857 and 1013 – 1086, upon execution of a Stipulation of Confidentiality Order.

**INTERROGATORY NO. 7:**

Please compare the medical services provided to the Hospital by Dr. Hughes to the medical services provided by Dr. Donegan, including but not necessarily limiting your answer to, the number of patients seen by each doctor, the number of obstetrical deliveries performed by each doctor, the number of colposcopies performed by each doctor, the number of endometrial biopsies performed by each doctor, the number of sonohysterograms performed by each doctor, the number of hysterosalpingograms performed by each doctor, the number of cyosuregeries performed by each doctor, the number of LEEP surgeries, and the number of other operative procedures performed by each doctor. (The answer should be broken down by each month that each doctor worked at the Hospital.)

**RESPONSE TO INTERROGATORY NO. 7:**

The Hospital objects to this Interrogatory on the ground that it is overbroad, unduly

burdensome and seeks information that is not relevant or reasonably calculated to lead to the

discovery of admissible evidence. Subject to and without waiving its General or Specific

objections, the Hospital states that information reasonably responsive to this Interrogatory can be

derived from documents the Hospital will produce in this matter at bates range MVH 0450 – 0671,

upon execution of a Stipulation of Confidentiality Order.

**INTERROGATORY NO. 8:**

Please compare the revenues generated by Dr. Hughes for the hospital to the revenues generated by Dr. Donegan for the Hospital for each month of their employment, including but not necessarily limiting your answer to, identification of the total revenue generated per month by each doctor and the nature of the procedure or visits generating the revenue.

**RESPONSE TO INTERROGATORY NO. 8**

The Hospital objects to this Interrogatory to the extent it is unduly burdensome and seeks

information that is not relevant or reasonably calculated to lead to the discovery of admissible

evidence. Subject to and without waiving its General or Specific objections, the Hospital states

that information concerning the revenues generated by Dr. Hughes and Dr. Donegan can be

derived from documents the Hospital will produce in this matter at bates range MVH 0450 – 0671,

upon execution of a Stipulation of Confidentiality Order.

**INTERROGATORY NO. 9:**

Please identify all revenues generated by procedures, if any, performed by Dr. Donegan in
the operating room which Dr. Hughes had performed in his office, including but not necessarily
limiting your answer to, the identity of the type of procedure performed, the total number of times
the procedure was performed by both Dr. Hughes and Dr. Donegan, the cost charged by the
hospital and/or the doctor for each such procedure and the total revenue generated by each doctor
for performing said procedure(s) including hospital revenue.

**RESPONSE TO INTERROGATORY NO. 9:**

The Hospital objects to this Interrogatory on the ground that it is vague, overbroad, unduly

burdensome and seeks information that is not relevant or reasonably calculated to lead to the

discovery of admissible evidence. Subject to and without waiving its General or Specific

objections, the Hospital states that information concerning revenues generated by procedure can

be derived from documents the Hospital will produce in this matter at bates range MVH 0450 –

0671, upon execution of a Stipulation of Confidentiality Order.

**INTERROGATORY NO. 11:**

Please identify all revenues received by the Hospital from the midwifery practice for each
month from January 1, 2000 to the current date.

## RESPONSE TO INTERROGATORY NO. 11:

The Hospital objects to this Interrogatory on the ground that it is overbroad and unduly

burdensome.  Subject to and without waiving its General or Specific objections, the Hospital states

that information concerning Hospital revenues can be derived from documents the Hospital will

produce in this matter at bates range MVH 0372 – 0671, upon execution of a Stipulation of

Confidentiality Order.

## INTERROGATORY NO. 13:

Please identify the total number of doctors on active staff and the total number of minority
doctors (i.e. blacks, Hispanics, native-Americans and Brazilians) on active staff in calendar years
2000, 2001, 2002, 2003 and 2004, including but not necessarily limiting your answer, to the total
number of doctors on active staff for each year and the names of the minority doctors on staff, as
well as a notation of why you consider any doctors so identified to be a minority.

## RESPONSE TO INTERROGATORY NO. 13:

The Hospital objects to this Interrogatory on the ground that it is overbroad, unduly

burdensome and seeks information that is not relevant or reasonably calculated to lead to the

discovery of admissible evidence.  Subject to and without waiving its General or Specific

objections, the Hospital states that for calendar years 2001 and 2002, it did not maintain records

that track the information requested in this Interrogatory.  Answering further, the Hospital states

that in 2003 and 2004 it had approximately 52 physicians on staff, including the following

minority doctors:

### 2003

| Name | Minority Status | Specialty | Staff Category |
|------|-----------------|-----------|----------------|
| Victor Aviles, M.D. | Hispanic | Oncology | Associate Staff |
| Michael Bigby, M.D. | Black | Dermatology | Associate Staff |
| Ramon Blanco, M.D. | Hispanic | Pathology | Associate Staff |

3738841v1

| Hisham Elkadi, M.D. | Egyptian | Anesthesiology | Replacement Staff |
| Deurward Hughes, M.D. | Black | OB/GYN | Active Staff |
| Rao Mallampati, M.D. | Indian | Anesthesiology | Replacement Staff |
| Gerald Morris, M.D. | Black | Internal Medicine | Active Staff |
| Fauzia Rana, M.D. | Indian | Oncology | Associate Staff |
| Timothy Tsai, M.D. | Asian | Emergency Medicine | Active Staff |

## 2004

| **Name** | **Minority Status** | **Specialty** | **Staff Category** |
| --- | --- | --- | --- |
| Harold Altvater, M.D. | Egyptian | Anesthesiology | Replacement Staff |
| Victor Aviles, M.D. | Hispanic | Oncology | Associate Staff |
| Michael Bigby, M.D. | Black | Dermatology | Associate Staff |
| Ramon Blanco, M.D. | Hispanic | Pathology | Associate Staff |
| Hisham Elkadi, M.D. | Egyptian | Anesthesiology | Replacement Staff |
| Elmostafa Elguessab, M.D. | Moroccan | Anesthesiology | Replacement Staff |
| Deurward Hughes, M.D. | Black | OB/GYN | Active Staff |
| Fatai Ilupeju, M.D. | Black | Anesthesiology | Replacement Staff |
| Rao Mallampati, M.D. | Indian | Anesthesiology | Replacement Staff |
| Gerald Morris, M.D. | Black | Internal Medicine | Active Staff |
| Fauzia Rana, M.D. | Indian | Oncology | Associate Staff |
| Khaled Sorour, M.D. | Indian | Anesthesiology | Replacement Staff |
| Timothy Tsai, M.D. | Asian | Emergency Medicine | Active Staff |

## INTERROGATORY NO. 17:

Please identify each and every occasion on which Dr. Hughes refused or otherwise failed to provide coverage for any other doctor or for Cathy Chase, including but not necessarily limiting your answer to, the date on which coverage was requested but refused, the person for whom it was

desired that Dr. Hughes cover his/her practice, the reason(s) given by Dr. Hughes for failing to cover, and the identity of the person, if anyone, who provided coverage rather than Dr. Hughes.

## RESPONSE TO INTERROGATORY NO. 17:

The Hospital objects to this Interrogatory to the extent it is overbroad and unduly burdensome. Subject to and without waiving its General or Specific objections, the Hospital states that it is presently aware of the following instances when Dr. Hughes refused to provide coverage:

- Dr. Hughes refused to provide coverage for Dr. Lew;
- During the period of his employment at the midwifery practice, Dr. Hughes often refused to cover Catherine Chase's vacations, and when he did provide coverage, he shared coverage with a nurse mid-wife. If Dr. Hughes refused to provide coverage, it was provided by an off-island physician;
- Dr. Hughes refused to cover Catherine Chase's summer 2003 vacation, which resulted in her husband taking vacation without her;
- Dr. Hughes refused to provide coverage for Labor Day weekend 2003, coverage was provided by Dr. Lew;
- On September 9, 2003, Dr. Hughes informed Lynda Bereswill that he was not going to take call anymore;
- Dr. Hughes informed Ellen Leone in Fall 2003 that he would not take call anymore;
- Dr. Hughes refused to provide coverage for Veterans Day weekend 2003, coverage was provided by an off-island physician;
- Dr. Hughes refused to provide coverage for Catherine Chase from the time Dr. Donegan was hired to February 12, 2004.

Answering further, the Hospital states that information concerning coverage issues can be derived from documents the Hospital will produce in this matter at bates range MVH 0024 – 0027, 0043 – 0051, 0113 – 0214, and 0694 – 0707, upon execution of a Stipulation of Confidentiality Order.

## INTERROGATORY NO. 19:

Please identify the amount of gynecologic surgery going off island for each month from January 1, 1999 – current date, including but not necessarily limiting your answer to, the total number of gynecologic surgeries performed at Martha's Vineyard Hospital, the total number of gynecologic surgeries performed off-island and the basis of your statistics as to the number of gynecologic surgeries performed off-island.

**RESPONSE TO INTERROGATORY NO. 19:**

The Hospital objects to this Interrogatory on the ground that it is overbroad and unduly burdensome. Subject to and without waiving its General or Specific objections, the Hospital states that information concerning the amount of gynecologic surgery going off island can be derived from documents the Hospital will produce in this matter at bates range MVH 1297 - 1342, upon execution of a Stipulation of Confidentiality Order.

As to Objections:

MARTHA'S VINEYARD HOSPITAL

By its attorneys,

*Jennifer A. Brennan*

Thomas E. Shirley, Esq. (BBO # 542777)
Jennifer A. Brennan (BBO #647356)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, Massachusetts  02109
(617) 248-5000

Dated:  August 25, 2004

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON 8/25/04

3738841v1

# Exhibit 50

# Massachusetts
## Municipal Profiles

# 2004

**Manthi Nguyen**
**Editor**





information
publications

# Aquinnah

## Demographics & Socio-Economic Characteristics

(2000 U.S. Census, except as noted)

**POPULATION**
| | |
|---|---|
| 1990* | 201 |
| 2000 | 344 |
| 2002 (estimates)* | 353 |
| 2010 (projected)** | 229 |

**SEX, 2000**
| | |
|---|---|
| Male | 169 |
| Female | 175 |

**RACE & HISPANIC ORIGIN, 2000**
Race
| | |
|---|---|
| White | 184 |
| Black/African American | 1 |
| American Indian/Alaska Native | 126 |
| Asian | 0 |
| Pacific Islander | 0 |
| Other race | 3 |
| Two or more races | 30 |
| Hispanic origin | 4 |

**AGE AND NATIVITY, 2000**
| | |
|---|---|
| Under 5 years | 20 |
| 18 years and over | 257 |
| 21 years and over | 244 |
| 65 years and over | 35 |
| 85 years and over | 5 |
| Median age | 37.1 years |
| Native born | 361 |
| Foreign born | 3 |

**EDUCATIONAL ATTAINMENT, 2000**
| | |
|---|---|
| 0-8 years of school | 2 |
| High school graduates or higher | 95.7% |
| Bachelor's degree or higher | 41.6% |

**INCOME & POVERTY, 1999**
| | |
|---|---|
| Per capita income | $21,420 |
| Median household income | $45,208 |
| Median family income | $46,458 |
| Persons in poverty | 26 |

**HOUSEHOLDS, 2000**
| | |
|---|---|
| Total households | 141 |
| With persons under 18 | 49 |
| With persons over 65 | 28 |
| Family households | 89 |
| Single person households | 43 |
| Receiving public assistance | 5 |
| Receiving social security | 22 |
| Persons per household | 2.44 |
| Persons per family | 3.04 |

**LABOR & EMPLOYMENT, 2000**
| | |
|---|---|
| Total civ. labor force, 2002*** | 118 |
| Unemployment rate, 2002*** | 8.5% |
| Employed persons 16 years and over | |
| by occupation: | |
| Managers & professionals | 61 |
| Service occupations | 31 |
| Sales and office occupations | 34 |
| Farming, fishing, & forestry | 5 |
| Construction and maintenance | 27 |
| Production and transportation | 24 |
| Self-employed persons | 34 |

* 1990 data from 1990 Census. 2002 population estimates from U.S. Census Bureau
** MISER, University of Massachusetts, Amherst, revised, July, 1999
*** Massachusetts Division of Employment and Training

## General Information

| | |
|---|---|
| Address | 65 State Rd., 02535 |
| | 508 645-2300 |

| | |
|---|---|
| Area | Established ... 1870 |
| Land ... 5.4 sq. mi. | Type of government: |
| Water . 35.4 sq. mi. | Open Town Meeting |
| | 3 Selectmen |
| | Persons per sq. mi., |
| Elevation ..... NA | 2000 ........... 63.7 |

## Voters & Government Officials

**REGISTERED VOTERS, October, 2002**
| | |
|---|---|
| Total | NA |
| Democrats | NA |
| Republicans | NA |
| Unaffiliated | NA |

**LOCAL OFFICIALS, 2003-2004**
| | |
|---|---|
| Chr., Bd. of Sel. | Michael Hebert |
| Exec. Scty. | Beverly Widdiss |
| Clerk | Jeananne Jeffers |
| Treasurer | Audrey Jeffers-Mayhew |
| Assessor | Michael Stutz |

## Public Safety

**POLICE**
| | |
|---|---|
| Chief | Douglas Fortes |
| Sworn officers, 2001 (prelim.) | 4 |
| Total crimes, 2001 (prelim.) | NA |
| Violent crimes, 2001 (prelim.) | NA |
| Property crimes, 2001 (prelim.) | NA |

**FIRE**
| | |
|---|---|
| Chief | Walter Delaney |
| Firefighters | volunteer |

## Library

Aquinnah Public Library
1 State Rd., Aquinnah, MA 02535
508 645-2314

| | |
|---|---|
| Director | Wayne Santos |

Library statistics per capita, FY '02
| | |
|---|---|
| Total operating income | $148.29 |
| Expenditures for library materials | $44.72 |
| Holdings | 29.71 |
| Circulation of library materials | 23.08 |

## Housing & Construction

**HOUSING UNITS, 2000**
| | |
|---|---|
| Total | 463 |
| Occupied | 141 |
| For seasonal or recreational use | 308 |
| Single family units | 438 |
| Owner occupied units | 83 |
| Renter occupied units | 58 |
| Median value, | |
| Single family home | $767,900 |
| Median rent | $742 |

**NEW PRIVATELY OWNED HOUSING UNITS AUTHORIZED BY BUIDING PERMIT**
| | |
|---|---|
| 2000 | 5 |
| 2001 | 7 |
| 2002 | 5 |

## Taxation

(Fiscal year ending June 30, 2003; rate per $1,000 of assessed valuation)

| TAXABLE PROPERTY | valuation | rate |
|---|---|---|
| total | $ 412,939,183 | |
| Residential | 406,134,300 | 4.29 |
| Open space | 0 | 0.00 |
| Commercial | 1,828,800 | 4.29 |
| Industrial | 0 | 4.29 |
| Personal | 4,976,083 | 4.29 |

## Municipal Finance

(fiscal year ending June 30, 2002)

**REVENUES**
| | |
|---|---|
| Total, general fund | $1,683,893 |
| Real estate taxes | 1,304,552 |
| From all taxes | 1,443,490 |
| Federal aid | 0 |
| State aid | 2,385 |

**EXPENDITURES**
| | |
|---|---|
| Total, general fund | $1,913,876 |
| Police | 244,533 |
| Fire | 27,003 |
| Health & welfare | 7,641 |
| Culture & recreation | 119,871 |

**DEBT AT YEAR END**
| | |
|---|---|
| Long term debt | $0 |

## School System

| | |
|---|---|
| Superintendent | Kriner Cash |

| | |
|---|---|
| Address | Does not operate a school system |

Grade plan ...........................

**Enrollment, Fall 2002**
| | |
|---|---|
| Total | NA |
| Avg. teacher salary, 2000-2001 | $NA |
| Per pupil expenditure, | |
| 2000-01 (preliminary) | $NA |

**Distribution of high school graduates, 2001**
| | |
|---|---|
| Total | NA |
| 2 year public college | NA |
| 4 year public college | NA |
| 2 year private college | NA |
| 4 year private college | NA |
| Other postsecondary | NA |
| Military | NA |
| Work | NA |
| Other | NA |
| Not accounted for | NA |

**Participates in:**
SS #700 Martha's Vineyard Regional
SS #774 Up. Island Regional

**Resident students attending non-public schools, 2002**
| | |
|---|---|
| Total | 0 |
| As a percent of all resident students attending school | 0.00% |

© 2003 Information Publications, Inc., 3790 El Camino Real, #162, Palo Alto, CA 94306
All rights reserved - photocopying prohibited. For additional copies of book, contact the publisher at (877) 544-INFO (4636) or www.InformationPublications.com

# Demographics & Socio-Economic Characteristics

*(2000 U.S. Census, except as noted)*

**POPULATION**
1990* ......................................... 650
2000 ......................................... 843
2002 (estimates)* ..................... 889
2010 (projected)** .............. 1,193

**SEX, 2000**
Male ......................................... 413
Female ................................... 430

**RACE & HISPANIC ORIGIN, 2000**
Race
White ...................................... 824
Black/African American .............. 3
American Indian/Alaska Native ....... 1
Asian ....................................... 3
Pacific Islander ........................ 0
Other race ................................ 6
Two or more races ..................... 6
Hispanic origin ..................... 7

**AGE AND NATIVITY, 2000**
Under 5 years ........................... 39
18 years and over .................... 668
21 years and over .................... 657
65 years and over .................... 158
85 years and over ..................... 22
Median age ...................... 45.6 years
Native born ............................ 783
Foreign born ............................ 45

**EDUCATIONAL ATTAINMENT, 2000**
0-8 years of school ..................... 2
High school graduates or higher  97.7%
Bachelor's degree or higher ...... 57.2%

**INCOME & POVERTY, 1999**
Per capita income .............. $30,029
Median household income ...... $41,917
Median family income .......... $63,750
Persons in poverty ................... 63

**HOUSEHOLDS, 2000**
Total households ..................... 382
With persons under 18 ......... 103
With persons over 65 .......... 110
Family households ............... 238
Single person households ........ 113
Receiving public assistance ....... 0
Receiving social security ......... 99
Persons per household ............. 2.21
Persons per family ................. 2.71

**LABOR & EMPLOYMENT, 2000**
Total civ. labor force, 2002*** ...... 483
Unemployment rate, 2002*** .....2.5%
Employed persons 16 years and over ....
by occupation:
Managers & professionals ........ 159
Service occupations ............... 69
Sales and office occupations ...... 99
Farming, fishing, & forestry ...... 14
Construction and maintenance ... 71
Production and transportation ... 26
Self-employed persons ............. 123

* 1990 data from 1990 Census. 2002 population
  estimates from U.S. Census Bureau
** MISER, University of Massachusetts, Amherst,
   revised, July, 1999
*** Massachusetts Division of Employment and Training

# General Information

Address ........... P.O. Box 119, 02535
                            508 645-2100
Area ............ 19.1 sq. mi.    Established ... 1694
Land ... 19.1 sq. mi.    Type of government:
Water ... 81.3 sq. mi.    Open Town Meeting
                            3 Selectmen
                            Persons per sq. mi.,
Elevation ..... NA    2000 ........... 44.1

# Voters & Government Officials

**REGISTERED VOTERS, October, 2002**
Total ............................. 806
Democrats ......................... 296
Republicans ........................ 89
Unaffiliated ...................... 413

**LOCAL OFFICIALS, 2003-2004**
Selectmen Chair .. Alexander H. Preston
Clerk ............... Margaret Oriando
Treasurer .......... Melanie D. Becker
Assessor ............... Clarissa Allen

# Public Safety

**POLICE**
Chief ..................... Timothy Rich
Sworn officers, 2001 (prelim.) ...... 10
Total crimes, 2001 (prelim.) ....... NA
Violent crimes, 2001 (prelim.) ..... NA
Property crimes, 2001 (prelim.) .... NA

**FIRE**
Chief ..................... David Norton
Firefighters ................. volunteer

# Library

Chilmark Public Library
P.O. Box 180, South Rd., Chilmark, MA
02535
508 645-3360
Director ........ Catherine A. Thompson

**Library statistics per capita, FY '02**
Total operating income ......... $209.50
Expenditures for library materials $36.89
Holdings ........................ 34.42
Circulation of library materials .. 46.50

# Housing & Construction

**HOUSING UNITS, 2000**
Total ................................ 1,409
Occupied .......................... 382
For seasonal or recreational use 1,003
Single family units ........... 1,359
Owner occupied units .......... 287
Renter occupied units .......... 95
Median value,
Single family home .......... $674,600
Median rent ........................ $865

**NEW PRIVATELY OWNED HOUSING UNITS AUTHORIZED BY BUIDING PERMIT**
2000 ................................. 36
2001 ................................. 40
2002 ................................. 44

# Taxation

*(Fiscal year ending June 30, 2003; rate per $1,000 of assessed valuation)*

| TAXABLE PROPERTY | valuation | rate |
|---|---|---|
| total | $ 2,516,260,692 | |
| Residential | 2,470,886,840 | 1.66 |
| Open space | 0 | 0.00 |
| Commercial | 24,824,960 | 1.66 |
| Industrial | 884,700 | 1.66 |
| Personal | 19,664,192 | 1.66 |

# Municipal Finance

*(fiscal year ending June 30, 2002)*

**REVENUES**
Total, general fund ....... $4,647,081
Real estate taxes ........... 3,749,931
From all taxes .............. 4,031,973
Federal aid ........................... 0
State aid ......................... 4,175

**EXPENDITURES**
Total, general fund ......... $4,999,576
Police ......................... 426,264
Fire .............................. 90,673
Health & welfare .............. 147,761
Culture & recreation .......... 347,675

**DEBT AT YEAR END**
Long term debt ............. $3,388,000

# School System

Superintendent .......... Kriner Cash

Address .............. Does not operate
                          a school system

Grade plan ..............................

**Enrollment, Fall 2002**
Total ........................... NA
Avg. teacher salary, 2000-2001 .... $NA
Per pupil expenditure,
2000-01 (preliminary) ......... $NA
**Distribution of high school graduates, 2001**
Total .......................... NA
2 year public college ........... NA
4 year public college ........... NA
2 year private college .......... NA
4 year private college .......... NA
Other postsecondary ............. NA
Military ......................... NA
Work ............................. NA
Other ............................ NA
Not accounted for ............... NA

Participates in:
SS #700 Martha's Vineyard
SS #774 Up. Island Regional

**Resident students attending non-public schools, 2002**
Total ............................. 0
As a percent of all resident students
attending school .............. 0.00%

©2003 Information Publications, Inc., 3790 El Camino Real, #162, Palo Alto, CA 94306
All rights reserved - photocopying prohibited. For additional copies of book,
contact the publisher at (877) 544-INFO (4636) or www.InformationPublications.com

# Edgartown

## Demographics & Socio-Economic Characteristics

(2000 U.S. Census, except as noted)

**POPULATION**
1990* ................................... 3,062
2000 ................................... 3,779
2002 (estimates)* ................... 3,881
2010 (projected)** ................. 6,538

**SEX, 2000**
Male ................................... 1,912
Female ................................ 1,867

**RACE & HISPANIC ORIGIN, 2000**
Race
White .................................. 3,527
Black/African American ............ 67
American Indian/Alaska Native .... 17
Asian ..................................... 20
Pacific Islander ......................... 2
Other race ............................. 58
Two or more races .................. 88
  Hispanic origin ..................... 44

**AGE AND NATIVITY, 2000**
Under 5 years ......................... 220
18 years and over ................. 2,936
21 years and over ................. 2,826
65 years and over .................. 477
85 years and over .................... 37
Median age .................... 40.3 years
Native born ......................... 3,451
Foreign born ........................... 328

**EDUCATIONAL ATTAINMENT, 2000**
0-8 years of school ................... 46
High school graduates or higher . 89.1%
Bachelor's degree or higher ...... 35.7%

**INCOME & POVERTY, 1999**
Per capita income ............... $25,740
Median household income ...... $50,407
Median family income ........ $55,153
Persons in poverty ................... 158

**HOUSEHOLDS, 2000**
Total households ................... 1,582
  With persons under 18 ......... 473
  With persons over 65 ........... 367
  Family households ............... 957
  Single person households ...... 476
  Receiving public assistance ...... 7
  Receiving social security ...... 373
Persons per household ............ 2.35
Persons per family ................. 2.92

**LABOR & EMPLOYMENT, 2000**
Total civ. labor force, 2002*** ... 2,855
Unemployment rate, 2002*** ...... 4.8%
Employed persons 16 years and over ....
  by occupation:
  Managers & professionals ........ 603
  Service occupations .............. 382
  Sales and office occupations .... 523
  Farming, fishing, & forestry ..... 17
  Construction and maintenance ... 346
  Production and transportation .... 141
Self-employed persons .............. 348

* 1990 data from 1990 Census. 2002 population estimates from U.S. Census Bureau
** MISER, University of Massachusetts, Amherst, revised, July, 1999
*** Massachusetts Division of Employment and Training

## General Information

Address .............. 70 Main St., 02539
                              508 627-6100
Area                    Established ... 1671
Land .. 27.0 sq. mi.    Type of government:
Water  95.7 sq. mi.     Open Town Meeting
                        3 Selectmen
                        Persons per sq. mi.,
Elevation ..... NA      2000 ........... 140.0

## Voters & Government Officials

**REGISTERED VOTERS, October, 2002**
Total ........................... 2,808
Democrats ......................... 868
Republicans ....................... 606
Unaffiliated ................... 1,317

**LOCAL OFFICIALS, 2003-2004**
Chr., Bd. of Sel. ...... Arthur Smadbeck
Exec. Scty. ........ Peter Bettencourt
Clerk ............... Wanda Williams
Treasurer ...... Sharon Willoughby
Assessor ............... Edward Belisle

## Public Safety

**POLICE**
Chief ......................... Paul Condlin
Sworn officers, 2001 (prelim.) ...... 32
Total crimes, 2001 (prelim.) ...... 147
Violent crimes, 2001 (prelim.) ........ 4
Property crimes, 2001 (prelim.) ... 143

**FIRE**
Chief .............. Antone Bettencourt
Firefighters ....................... call

## Library

Edgartown Free Public Library
58 N. Water St., Edgartown, MA 02539
508 627-1373

Director .................... Ann M. Tyra

**Library statistics per capita, FY '02**
Total operating income .......... $85.54
Expenditures for library materials $14.96
Holdings .......................... 9.24
Circulation of library materials ... 25.54

## Housing & Construction

**HOUSING UNITS, 2000**
Total ............................. 4,360
  Occupied ...................... 1,582
  For seasonal or recreational use 2,642
  Single family units ........... 3,965
  Owner occupied units .......... 1,147
  Renter occupied units .......... 435
Median value,
  Single family home .......... $330,500
Median rent ........................ $810

**NEW PRIVATELY OWNED HOUSING UNITS AUTHORIZED BY BUILDING PERMIT**
2000 ................................... 58
2001 ................................... 58
2002 ................................... 67

## Taxation

(Fiscal year ending June 30, 2003; rate per $1,000 of assessed valuation)

| TAXABLE PROPERTY | valuation | rate |
|---|---|---|
| total | $ 3,626,944,740 | |
| Residential | 3,348,230,932 | 3.68 |
| Open space | 3,539,000 | 3.68 |
| Commercial | 215,798,818 | 3.68 |
| Industrial | 2,299,400 | 3.68 |
| Personal | 57,076,590 | 3.68 |

## Municipal Finance

(fiscal year ending June 30, 2002)

**REVENUES**
Total, general fund ...... $18,401,128
Real estate taxes ...... 12,749,868
From all taxes ...... 14,762,010
Federal aid ......................... 0
State aid .................. 1,617,116

**EXPENDITURES**
Total, general fund ........ $17,438,074
Police ...................... 183,204
Fire ....................... 357,694
Health & welfare .............. 1,345,954
Culture & recreation .......... 665,526

**DEBT AT YEAR END**
Long term debt ............. $17,916,714

## School System

Superintendent ........... Kriner Cash

Address ................. RR 2, Box 261
                     Vineyard Haven 02568
                          508 693-2007

Grade plan ......................... K-8

Enrollment, Fall 2002
Total ............................. 358
Avg. teacher salary, 2000-2001 . $54,261
Per pupil expenditure,
  2000-01 (preliminary) ...... $11,366
Distribution of high school graduates,
2001
  Total ............................. NA
  2 year public college ............ NA
  4 year public college ............ NA
  2 year private college ........... NA
  4 year private college ........... NA
  Other postsecondary .............. NA
  Military .......................... NA
  Work .............................. NA
  Other ............................. NA
  Not accounted for ................ NA

Participates in:
  SS #700 Martha's Vineyard

Resident students attending
non-public schools, 2002
  Total ............................... 1
  As a percent of all resident students
    attending school ............. 0.17%

© 2003 Information Publications, Inc., 3790 El Camino Real, #162, Palo Alto, CA 94306
All rights reserved - photocopying prohibited. For additional copies of book,
contact the publisher at (877) 544-INFO (4636) or www.InformationPublications.com

# Oak Bluffs

## Demographics & Socio-Economic Characteristics

*(2000 U.S. Census, except as noted)*

**POPULATION**
| | |
|---|---|
| 1990* | 2,804 |
| 2000 | 3,713 |
| 2002 (estimates)* | 3,797 |
| 2010 (projected)** | 5,195 |

**SEX, 2000**
| | |
|---|---|
| Male | 1,802 |
| Female | 1,911 |

**RACE & HISPANIC ORIGIN, 2000**
Race
| | |
|---|---|
| White | 3,220 |
| Black/African American | 160 |
| American Indian/Alaska Native | 56 |
| Asian | 25 |
| Pacific Islander | 0 |
| Other race | 93 |
| Two or more races | 159 |
| Hispanic origin | 44 |

**AGE AND NATIVITY, 2000**
| | |
|---|---|
| Under 5 years | 219 |
| 18 years and over | 2,875 |
| 21 years and over | 2,766 |
| 65 years and over | 549 |
| 85 years and over | 54 |
| Median age | 39.4 years |
| Native born | 3,488 |
| Foreign born | 225 |

**EDUCATIONAL ATTAINMENT, 2000**
| | |
|---|---|
| 0-8 years of school | 26 |
| High school graduates or higher | 86.8% |
| Bachelor's degree or higher | 32.3% |

**INCOME & POVERTY, 1999**
| | |
|---|---|
| Per capita income | $23,829 |
| Median household income | $42,044 |
| Median family income | $53,841 |
| Persons in poverty | 313 |

**HOUSEHOLDS, 2000**
| | |
|---|---|
| Total households | 1,590 |
| With persons under 18 | 472 |
| With persons over 65 | 421 |
| Family households | 915 |
| Single person households | 519 |
| Receiving public assistance | 24 |
| Receiving social security | 490 |
| Persons per household | 2.33 |
| Persons per family | 2.94 |

**LABOR & EMPLOYMENT, 2000**
| | |
|---|---|
| Total civ. labor force, 2002*** | 2,215 |
| Unemployment rate, 2002*** | 3.7% |

Employed persons 16 years and over .... by occupation:
| | |
|---|---|
| Managers & professionals | 525 |
| Service occupations | 301 |
| Sales and office occupations | 581 |
| Farming, fishing, & forestry | 0 |
| Construction and maintenance | 351 |
| Production and transportation | 132 |
| Self-employed persons | 398 |

* 1990 data from 1990 Census. 2002 population estimates from U.S. Census Bureau
** MISER, University of Massachusetts, Amherst, revised, July, 1999
*** Massachusetts Division of Employment and Training

## General Information

| | |
|---|---|
| Address | P.O. Box 1327, 02557 |
| | 508 693-5511 |
| Area | Established ... 1880 |
| Land ... 7.4 sq. mi. | Type of government: |
| Water . 18.6 sq. mi. | Open Town Meeting |
| | 5 Selectmen |
| | Persons per sq. mi., |
| Elevation ..... NA | 2000 .......... 501.8 |

## Voters & Government Officials

**REGISTERED VOTERS, October, 2002**
| | |
|---|---|
| Total | 3,187 |
| Democrats | 938 |
| Republicans | 438 |
| Unaffiliated | 1,789 |

**LOCAL OFFICIALS, 2003-2004**
| | |
|---|---|
| Chr., Bd. of Sel. | Richard Combra |
| Clerk | Deborah Ratcliff |
| Treasurer | Donna Michaiski |
| Assessor | Melanie Bilodeau |

## Public Safety

**POLICE**
| | |
|---|---|
| Chief | Erik Blake |
| Sworn officers, 2001 (prelim.) | 19 |
| Total crimes, 2001 (prelim.) | NA |
| Violent crimes, 2001 (prelim.) | NA |
| Property crimes, 2001 (prelim.) | NA |

**FIRE**
| | |
|---|---|
| Chief | Dennis Alley |
| Firefighters | paid |

## Library

Oak Bluffs Public Library
Pennacook Ave., P.O. Box 2039
Oak Bluffs, MA 02557
508 693-9433

Director .............. Linda N. Norton

**Library statistics per capita, FY '02**
| | |
|---|---|
| Total operating income | $52.76 |
| Expenditures for library materials | $10.89 |
| Holdings | 4.63 |
| Circulation of library materials | 17.75 |

## Housing & Construction

**HOUSING UNITS, 2000**
| | |
|---|---|
| Total | 3,820 |
| Occupied | 1,590 |
| For seasonal or recreational use | 2,143 |
| Single family units | 3,574 |
| Owner occupied units | 1,209 |
| Renter occupied units | 381 |
| Median value, | |
| Single family home | $248,900 |
| Median rent | $726 |

**NEW PRIVATELY OWNED HOUSING UNITS AUTHORIZED BY BUIDING PERMIT**
| | |
|---|---|
| 2000 | 33 |
| 2001 | 35 |
| 2002 | 31 |

## Taxation

*(Fiscal year ending June 30, 2003; rate per $1,000 of assessed valuation)*

| TAXABLE PROPERTY | valuation | rate |
|---|---|---|
| total | $ 1,732,300,886 | |
| Residential | 1,605,252,522 | 6.98 |
| Open space | 1,344,900 | 6.98 |
| Commercial | 92,063,778 | 6.98 |
| Industrial | 3,950,000 | 6.98 |
| Personal | 29,689,686 | 6.98 |

## Municipal Finance

*(fiscal year ending June 30, 2002)*

**REVENUES**
| | |
|---|---|
| Total, general fund | $14,981,132 |
| Real estate taxes | 10,837,617 |
| From all taxes | 11,951,977 |
| Federal aid | 0 |
| State aid | 1,451,678 |

**EXPENDITURES**
| | |
|---|---|
| Total, general fund | $15,049,105 |
| Police | 1,212,499 |
| Fire | 153,712 |
| Health & welfare | 230,985 |
| Culture & recreation | 318,982 |

**DEBT AT YEAR END**
| | |
|---|---|
| Long term debt | $24,090,578 |

## School System

| | |
|---|---|
| Superintendent | Kriner Cash |

Address .................. RR 2, Box 261
Vineyard Haven 02568
508 693-2007

Grade plan .......................... P-8

**Enrollment, Fall 2002**
| | |
|---|---|
| Total | 443 |
| Avg. teacher salary, 2000-2001 | $49,722 |
| Per pupil expenditure, | |
| 2000-01 (preliminary) | $8,577 |

**Distribution of high school graduates, 2001**
| | |
|---|---|
| Total | NA |
| 2 year public college | NA |
| 4 year public college | NA |
| 2 year private college | NA |
| 4 year private college | NA |
| Other postsecondary | NA |
| Military | NA |
| Work | NA |
| Other | NA |
| Not accounted for | NA |

Participates in:
SS #700 Martha's Vineyard

**Resident students attending non-public schools, 2002**
| | |
|---|---|
| Total | 3 |
| As a percent of all resident students attending school | 0.44% |

©2003 Information Publications, Inc., 3790 El Camino Real, #162, Palo Alto, CA 94306 All rights reserved - photocopying prohibited. For additional copies of book, contact the publisher at (877) 544-INFO (4636) or www.InformationPublications.com

*Gosnold*

*DUKES COUNTY*

## Demographics & Socio-Economic Characteristics

*(000 U.S. Census, except as noted)*

**POPULATION**
| | |
|---|---|
| 1990* | 98 |
| 2000 | 86 |
| 2002 (estimates)* | 87 |
| 2010 (projected)** | 391 |

**SEX, 2000**
| | |
|---|---|
| Male | 50 |
| Female | 36 |

**RACE & HISPANIC ORIGIN, 2000**
Race
| | |
|---|---|
| White | 82 |
| Black/African American | 0 |
| American Indian/Alaska Native | 0 |
| Asian | 0 |
| Pacific Islander | 0 |
| Other race | 0 |
| Two or more races | 4 |
| Hispanic origin | 0 |

**AGE AND NATIVITY, 2000**
| | |
|---|---|
| Under 5 years | 5 |
| 18 years and over | 71 |
| 21 years and over | 69 |
| 65 years and over | 11 |
| 85 years and over | 1 |
| Median age | 41.5 years |
| Native born | 81 |
| Foreign born | 0 |

**EDUCATIONAL ATTAINMENT, 2000**
| | |
|---|---|
| 0-8 years of school | 2 |
| High school graduates or higher | 94.8% |
| Bachelor's degree or higher | 20.7% |

**INCOME & POVERTY, 1999**
| | |
|---|---|
| Per capita income | $15,265 |
| Median household income | $22,344 |
| Median family income | $27,500 |
| Persons in poverty | 19 |

**HOUSEHOLDS, 2000**
| | |
|---|---|
| Total households | 46 |
| With persons under 18 | 8 |
| With persons over 65 | 9 |
| Family households | 21 |
| Single person households | 21 |
| Receiving public assistance | 0 |
| Receiving social security | 9 |
| Persons per household | 1.87 |
| Persons per family | 2.71 |

**LABOR & EMPLOYMENT, 2000**
| | |
|---|---|
| Total civ. labor force, 2002*** | 93 |
| Unemployment rate, 2002*** | 1.1% |

Employed persons 16 years and over ....
by occupation:
| | |
|---|---|
| Managers & professionals | 9 |
| Service occupations | 7 |
| Sales and office occupations | 4 |
| Farming, fishing, & forestry | 1 |
| Construction and maintenance | 5 |
| Production and transportation | 8 |
| Self-employed persons | 7 |

* 1990 data from 1990 Census. 2002 population
  estimates from U.S. Census Bureau
** MISER, University of Massachusetts, Amherst,
   revised, July, 1999
*** Massachusetts Division of Employment and Training

## General Information

| | | | |
|---|---|---|---|
| Address | PO Box 28, Cuttyhunk 02713 | | |
| | 508 990-7408 | | |
| Area | | Established | 1864 |
| Land | 13.3 sq. mi. | Type of government: | |
| Water | 126.8 sq. mi. | Open Town Meeting | |
| | | 3 Selectmen | |
| | | Persons per sq. mi., | |
| Elevation | NA | 2000 | 6.5 |

## Voters & Government Officials

**REGISTERED VOTERS, October, 2002**
| | |
|---|---|
| Total | 134 |
| Democrats | 16 |
| Republicans | 16 |
| Unaffiliated | 102 |

**LOCAL OFFICIALS, 2003-2004**
| | |
|---|---|
| Chr., Bd. of Sel. | Gail Blout |
| Clerk | Elise Wright |
| Treasurer | Sarah Smith |
| Assessor | Kresenia Lombard |

## Public Safety

**POLICE**
| | |
|---|---|
| Chief | Gail Blout |
| Sworn officers, 2001 (prelim.) | NA |
| Total crimes, 2001 (prelim.) | NA |
| Violent crimes, 2001 (prelim.) | NA |
| Property crimes, 2001 (prelim.) | NA |

**FIRE**
| | |
|---|---|
| Chief | Seth Garfield |
| Firefighters | volunteer |

## Library

Cuttyhunk Public Library
Cuttyhunk P. O., Cuttyhunk, MA 02713
508 996-9214

| | |
|---|---|
| Director | Dorothy Garfield |

Library statistics per capita, FY '02
| | |
|---|---|
| Total operating income | $73.59 |
| Expenditures for library materials | $23.26 |
| Holdings | 242.80 |
| Circulation of library materials | 214 .6 |

## Housing & Construction

**HOUSING UNITS, 2000**
| | |
|---|---|
| Total | 215 |
| Occupied | 46 |
| For seasonal or recreational use | 166 |
| Single family units | 147 |
| Owner occupied units | 17 |
| Renter occupied units | 29 |

Median value,
| | |
|---|---|
| Single family home | $375,000 |
| Median rent | $575 |

**NEW PRIVATELY OWNED HOUSING UNITS AUTHORIZED BY BUIDING PERMIT**
| | |
|---|---|
| 2000 | 1 |
| 2001 | 2 |
| 2002 | 2 |

## Taxation

*(Fiscal year ending June 30, 2003; rate per $1,000 of assessed valuation)*

| TAXABLE PROPERTY | valuation | rate |
|---|---|---|
| total | $ 132,917,214 | |
| Residential | 129,495,300 | 2.37 |
| Open space | 0 | 0.00 |
| Commercial | 2,666,900 | 2.37 |
| Industrial | 331,600 | 2.37 |
| Personal | 423,414 | 2.37 |

## Municipal Finance

*(fiscal year ending June 30, 2002)*

**REVENUES**
| | |
|---|---|
| Total, general fund | $772,042 |
| Real estate taxes | 260,563 |
| From all taxes | 266,888 |
| Federal aid | 0 |
| State aid | 22,780 |

**EXPENDITURES**
| | |
|---|---|
| Total, general fund | $811,489 |
| Police | 6,737 |
| Fire | 5,418 |
| Health & welfare | 160 |
| Culture & recreation | 3,321 |

**DEBT AT YEAR END**
| | |
|---|---|
| Long term debt | $0 |

## School System

| | |
|---|---|
| Superintendent | Russell Latham |

| | |
|---|---|
| Address | 16 Williams St. |
| | Rehoboth 02769 |
| | 508 252-4272 |
| Grade plan | P-8 |

**Enrollment, Fall 2002**
| | |
|---|---|
| Total | 1 |
| Avg. teacher salary, 2000-2001 | SNA |
| Per pupil expenditure, 2000-01 (preliminary) | SNA |

Distribution of high school graduates, 2001
| | |
|---|---|
| Total | NA |
| 2 year public college | NA |
| 4 year public college | NA |
| 2 year private college | NA |
| 4 year private college | NA |
| Other postsecondary | NA |
| Military | NA |
| Work | NA |
| Other | NA |
| Not accounted for | NA |

Participates in:
Tuitions out grades 9-12

Resident students attending non-public schools, 2002
| | |
|---|---|
| Total | 0 |
| As a percent of all resident students attending school | 0.00% |

©2003 Information Publications, Inc., 3790 El Camino Real, #162, Palo Alto, CA 94306
All rights reserved - photocopying prohibited. For additional copies of book,
contact the publisher at (877) 544-INFO (4636) or www.InformationPublications.com

# Tisbury

*DUKES COUNTY*

## Demographics & Socio-Economic Characteristics

(2000 U.S. Census, except as noted)

### POPULATION
| | |
|---|---|
| 1990* | 3,120 |
| 2000 | 3,755 |
| 2002 (estimates)* | 3,833 |
| 2010 (projected)** | 3,866 |

### SEX, 2000
| | |
|---|---|
| Male | 1,758 |
| Female | 1,997 |

### RACE & HISPANIC ORIGIN, 2000
Race
| | |
|---|---|
| White | 3,381 |
| Black/African American | 111 |
| American Indian/Alaska Native | 51 |
| Asian | 12 |
| Pacific Islander | 2 |
| Other race | 50 |
| Two or more races | 148 |
| Hispanic origin | 39 |

### AGE AND NATIVITY, 2000
| | |
|---|---|
| Under 5 years | 187 |
| 18 years and over | 2,948 |
| 21 years and over | 2,859 |
| 65 years and over | 673 |
| 85 years and over | 97 |
| Median age | 42.0 years |
| Native born | 3,501 |
| Foreign born | 254 |

### EDUCATIONAL ATTAINMENT, 2000
| | |
|---|---|
| 0-8 years of school | 97 |
| High school graduates or higher | 89.0% |
| Bachelor's degree or higher | 33.2% |

### INCOME & POVERTY, 1999
| | |
|---|---|
| Per capita income | $26,783 |
| Median household income | $37,041 |
| Median family income | $53,051 |
| Persons in poverty | 444 |

### HOUSEHOLDS, 2000
| | |
|---|---|
| Total households | 1,646 |
| With persons under 18 | 457 |
| With persons over 65 | 454 |
| Family households | 902 |
| Single person households | 604 |
| Receiving public assistance | 26 |
| Receiving social security | 494 |
| Persons per household | 2.21 |
| Persons per family | 2.92 |

### LABOR & EMPLOYMENT, 2000
| | |
|---|---|
| Total civ. labor force, 2002*** | 2,413 |
| Unemployment rate, 2002*** | 6.4% |

Employed persons 16 years and over
by occupation:
| | |
|---|---|
| Managers & professionals | 615 |
| Service occupations | 291 |
| Sales and office occupations | 448 |
| Farming, fishing, & forestry | 8 |
| Construction and maintenance | 451 |
| Production and transportation | 148 |
| Self-employed persons | 466 |

* 1990 data from 1990 Census. 2002 population estimates from U.S. Census Bureau
** MISER, University of Massachusetts, Amherst, revised, July, 1999
*** Massachusetts Division of Employment and Training

## General Information

Address Box 1239, Vineyard Haven 02568
508 696-4200
| | |
|---|---|
| Area | Established ... 1671 |
| Land ... 6.6 sq. mi. | Type of government: |
| Water 12.6 sq. mi. | Open Town Meeting |
| | 3 Selectmen |
| | Persons per sq. mi., |
| Elevation ..... NA | 2000 .......... 568.9 |

## Voters & Government Officials

### REGISTERED VOTERS, October, 2002
| | |
|---|---|
| Total | 2,687 |
| Democrats | 855 |
| Republicans | 372 |
| Unaffiliated | 1,432 |

### LOCAL OFFICIALS, 2003-2004
| | |
|---|---|
| Chr., Bd. of Sel. | Tristan R. Israel |
| Administrator | Dennis Luttrell |
| Clerk | Marion Mudge |
| Treasurer | Timothy McLean |
| Assessor | David Dandridge |

## Public Safety

### POLICE
| | |
|---|---|
| Chief | Ted Saulnier |
| Sworn officers, 2001 (prelim.) | 14 |
| Total crimes, 2001 (prelim.) | 153 |
| Violent crimes, 2001 (prelim.) | 21 |
| Property crimes, 2001 (prelim.) | 132 |

### FIRE
| | |
|---|---|
| Chief | John Schilling |
| Firefighters | volunteer |

## Library

Vineyard Haven Public Library
RFD 139A, Main St.
Vineyard Haven, MA 02568
508 696-4213

Director .......... Marjorie P. Convery

Library statistics per capita, FY '02
| | |
|---|---|
| Total operating income | $114.83 |
| Expenditures for library materials | $18.10 |
| Holdings | 9.50 |
| Circulation of library materials | 34.64 |

## Housing & Construction

### HOUSING UNITS, 2000
| | |
|---|---|
| Total | 2,720 |
| Occupied | 1,646 |
| For seasonal or recreational use | 835 |
| Single family units | 2,261 |
| Owner occupied units | 1,061 |
| Renter occupied units | 585 |

Median value,
| | |
|---|---|
| Single family home | $278,900 |
| Median rent | $686 |

NEW PRIVATELY OWNED HOUSING UNITS
AUTHORIZED BY BUIDING PERMIT
| | |
|---|---|
| 2000 | 33 |
| 2001 | 23 |
| 2002 | 26 |

## Taxation

(Fiscal year ending June 30, 2003; rate per $1,000 of assessed valuation)

| TAXABLE PROPERTY | valuation | rate |
|---|---|---|
| total | $ 1,568,966,246 | |
| Residential | 1,394,112,061 | 7.73 |
| Open space | 0 | 0.00 |
| Commercial | 134,424,439 | 13.53 |
| Industrial | 3,190,300 | 13.53 |
| Personal | 37,239,446 | 13.53 |

## Municipal Finance

(fiscal year ending June 30, 2002)

### REVENUES
| | |
|---|---|
| Total, general fund | $14,375,102 |
| Real estate taxes | 11,124,442 |
| From all taxes | 12,755,063 |
| Federal aid | 0 |
| State aid | 807,161 |

### EXPENDITURES
| | |
|---|---|
| Total, general fund | $13,087,218 |
| Police | 936,070 |
| Fire | 65,835 |
| Health & welfare | 279,995 |
| Culture & recreation | 351,308 |

### DEBT AT YEAR END
| | |
|---|---|
| Long term debt | $4,000,000 |

## School System

Superintendent .......... Kriner Cash

Address ............... RR 2, Box 261
Vineyard Haven 02568
508 693-2007
Grade plan ......................... K-8

Enrollment, Fall 2002
| | |
|---|---|
| Total | 320 |
| Avg. teacher salary, 2000-2001 | $54,072 |

Per pupil expenditure,
| | |
|---|---|
| 2000-01 (preliminary) | $11,394 |

Distribution of high school graduates,
2001
| | |
|---|---|
| Total | NA |
| 2 year public college | NA |
| 4 year public college | NA |
| 2 year private college | NA |
| 4 year private college | NA |
| Other postsecondary | NA |
| Military | NA |
| Work | NA |
| Other | NA |
| Not accounted for | NA |

Participates in:
SS #700 Martha's Vineyard

Resident students attending
non-public schools, 2002
| | |
|---|---|
| Total | 3 |
| As a percent of all resident students attending school | 0.51% |

© 2003 Information Publications, Inc., 3790 El Camino Real, #162, Palo Alto, CA 94306
All rights reserved - photocopying prohibited. For additional copies of book,
contact the publisher at (877) 544-INFO (4636) or www.InformationPublications.com

*West Tisbury*

DUKES COUNTY

## Demographics & Socio-Economic Characteristics

(2000 U.S. Census, except as noted)

**POPULATION**
| | |
|---|---|
| 1990* | 1,704 |
| 2000 | 2,467 |
| 2002 (estimates)* | 2,591 |
| 2010 (projected)** | 4,245 |

**SEX, 2000**
| | |
|---|---|
| Male | 1,219 |
| Female | 1,248 |

**RACE & HISPANIC ORIGIN, 2000**
Race
| | |
|---|---|
| White | 2,374 |
| Black/African American | 17 |
| American Indian/Alaska Native | 5 |
| Asian | 9 |
| Pacific Islander | 7 |
| Other race | 12 |
| Two or more races | 43 |
| Hispanic origin | 17 |

**AGE AND NATIVITY, 2000**
| | |
|---|---|
| Under 5 years | 127 |
| 18 years and over | 1,834 |
| 21 years and over | 1,778 |
| 65 years and over | 250 |
| 85 years and over | 22 |
| Median age | 41.1 years |
| Native born | 2,377 |
| Foreign born | 90 |

**EDUCATIONAL ATTAINMENT, 2000**
| | |
|---|---|
| 0-8 years of school | 4 |
| High school graduates or higher | 96.5% |
| Bachelor's degree or higher | 53.0% |

**INCOME & POVERTY, 1999**
| | |
|---|---|
| Per capita income | $31,021 |
| Median household income | $54,077 |
| Median family income | $59,514 |
| Persons in poverty | 60 |

**HOUSEHOLDS, 2000**
| | |
|---|---|
| Total households | 1,034 |
| With persons under 18 | 377 |
| With persons over 65 | 189 |
| Family households | 669 |
| Single person households | 278 |
| Receiving public assistance | 4 |
| Receiving social security | 212 |
| Persons per household | 2.38 |
| Persons per family | 2.89 |

**LABOR & EMPLOYMENT, 2000**
| | |
|---|---|
| Total civ. labor force, 2002*** | 1,702 |
| Unemployment rate, 2002*** | 2.0% |

Employed persons 16 years and over
by occupation:
| | |
|---|---|
| Managers & professionals | 547 |
| Service occupations | 187 |
| Sales and office occupations | 308 |
| Farming, fishing, & forestry | 6 |
| Construction and maintenance | 251 |
| Production and transportation | 113 |
| Self-employed persons | 369 |

* 1990 data from 1990 Census.  2002 population
  estimates from U.S. Census Bureau
** MISER, University of Massachusetts, Amherst,
   revised, July, 1999
*** Massachusetts Division of Employment and Training

## General Information

| | |
|---|---|
| Address | P.O. Box 278, 02575 |
| | 508 696-0148 |
| Area | Established ... 1892 |
| Land .. 25.0 sq. mi. | Type of government: |
| Water  16.7 sq. mi. | Open Town Meeting |
| | 3 Selectmen |
| | Persons per sq. mi., |
| Elevation ..... NA | 2000 ......... 98.7 |

## Voters & Government Officials

**REGISTERED VOTERS, October, 2002**
| | |
|---|---|
| Total | 1,927 |
| Democrats | 657 |
| Republicans | 173 |
| Unaffiliated | 1,087 |

**LOCAL OFFICIALS, 2003-2004**
| | |
|---|---|
| Chr., Bd. of Sel. | John G. Early |
| Clerk | Prudence Whiting |
| Treasurer | Kathy Logue |
| Assessor | Michael Colaneri |

## Public Safety

**POLICE**
| | |
|---|---|
| Chief | Beth Toomey |
| Sworn officers, 2001 (prelim.) | 10 |
| Total crimes, 2001 (prelim.) | 12 |
| Violent crimes, 2001 (prelim.) | 0 |
| Property crimes, 2001 (prelim.) | 12 |

**FIRE**
| | |
|---|---|
| Chief | Manuel Estrella III |
| Firefighters | call |

## Library

West Tisbury Free Public Library
1042A State Rd., West Tisbury, MA 02575
508 693-3366
| | |
|---|---|
| Director | Mary Jo Joiner |

Library statistics per capita, FY '02
| | |
|---|---|
| Total operating income | $113.64 |
| Expenditures for library materials | $22.88 |
| Holdings | 16.19 |
| Circulation of library materials | 43.48 |

## Housing & Construction

**HOUSING UNITS, 2000**
| | |
|---|---|
| Total | 1,849 |
| Occupied | 1,034 |
| For seasonal or recreational use | 768 |
| Single family units | 1,774 |
| Owner occupied units | 773 |
| Renter occupied units | 261 |

Median value,
| | |
|---|---|
| Single family home | $362,100 |
| Median rent | $761 |

**NEW PRIVATELY OWNED HOUSING UNITS AUTHORIZED BY BUILDING PERMIT**
| | |
|---|---|
| 2000 | 53 |
| 2001 | 30 |
| 2002 | 35 |

## Taxation

(Fiscal year ending June 30, 2003; rate per $1,000 of assessed valuation)

| TAXABLE PROPERTY | valuation | rate |
|---|---|---|
| total | $ 1,647,000,907 | |
| Residential | 1,582,450,375 | 4.95 |
| Open space | 0 | 0.00 |
| Commercial | 41,145,425 | 4.95 |
| Industrial | 2,595,000 | 4.95 |
| Personal | 20,810,107 | 4.95 |

## Municipal Finance

(fiscal year ending June 30, 2002)

**REVENUES**
| | |
|---|---|
| Total, general fund | $8,673,225 |
| Real estate taxes | 7,078,767 |
| From all taxes | 7,630,565 |
| Federal aid | 0 |
| State aid | 786,217 |

**EXPENDITURES**
| | |
|---|---|
| Total, general fund | $8,614,004 |
| Police | 537,755 |
| Fire | 136,356 |
| Health & welfare | 209,139 |
| Culture & recreation | 312,500 |

**DEBT AT YEAR END**
| | |
|---|---|
| Long term debt | $118,000 |

## School System

| | |
|---|---|
| Superintendent | Kriner Cash |
| Address | Does not operate a school system |
| Grade plan | |

**Enrollment, Fall 2002**
| | |
|---|---|
| Total | NA |
| Avg. teacher salary, 2000-2001 | $NA |
| Per pupil expenditure, 2000-01 (preliminary) | $NA |

Distribution of high school graduates, 2001
| | |
|---|---|
| Total | NA |
| 2 year public college | NA |
| 4 year public college | NA |
| 2 year private college | NA |
| 4 year private college | NA |
| Other postsecondary | NA |
| Military | NA |
| Work | NA |
| Other | NA |
| Not accounted for | NA |

Participates in:
SS #700 Martha's Vineyard
SS #774 Up. Island Regional

Resident students attending
non-public schools, 2002
| | |
|---|---|
| Total | 9 |
| As a percent of all resident students attending school | 1.71% |

©2003 Information Publications, Inc., 3790 El Camino Real, #162, Palo Alto, CA 94306
All rights reserved - photocopying prohibited. For additional copies of book, contact the publisher at (877) 544-INFO (4636) or www.InformationPublications.com

# Exhibit 51

1

Pages:    1-57

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-10564-DPW

**********************************

DEURWARD L. HUGHES                *

    Plaintiff                    *

vs.                               *

MARTHA'S VINEYARD HOSPITAL        *

    Defendant                    *

**********************************


    DEPOSITION of EARLE A. RAY, a Witness called by

the Plaintiff, taken pursuant to the provisions of the

Federal Rules of Civil Procedure, before Peter J.

Wood, a Professional Court Reporter and Notary Public

in and for the Commonwealth of Massachusetts, at

Martha's Vineyard Hospital, Martha's Vineyard,

Massachusetts, on Friday, February 18, 2005,

commencing at 10:50 a.m.


        **WOOD COURT & CONFERENCE REPORTING**
            **77 SUMMER STREET**
          **COHASSET, MA 02025**
           **(781) 383-6621**

53

1   Q   How do you know Don Lyons?

2   A   I've known Don Lyons for many years in his

3       position as an Episcopal priest, as an employee

4       of the Martha's Vineyard Times, as a husband of a

5       person I have known for many years before that,

6       and as a fellow board member of Camp Jabawoki.

7   Q   Would you agree that Don Lyons is an honorable

8       and truthful person?

9                MS. EDSON:   Objection.

10  A   I would say in my opinion, he is.

11  Q   Did Mr. Lyons ever ask you why the hospital was

12      terminating Dr. Hughes?

13  A   Not that I recall.

14  Q   You have no recollection of telling Mr. Lyons

15      that the hospital wished to go with someone who

16      would be around for the long term?

17  A   I don't recall a conversation.

18  Q   But if Mr. Lyons did, you'd have no reason to

19      believe that he's making up that conversation,

20      would you?

21                MS. EDSON:   Objection.

22  A   No.

23                MR. SCHULTZ:   I have no further

24      questions.


WOOD COURT & CONFERENCE REPORTING

1     told any reasons that Dr. Hughes was not going to

2     be the doctor to continue providing these

3     services?

4   A   That would be second guessing a CEO's decision.

5   Q   I'm not asking you to guess.  I'm asking if

6     anybody ever stated anything to you.

7   A   Then I would have to say no, not specifically.

8   Q   So the CEO never told you why Dr. Hughes was

9     being terminated; is that fair to say?

10  A   It was clear to me that if they were hiring

11     another physician, there was no need to extend

12     the contract for Dr. Hughes.

13  Q   Did Tim Walsh ever tell the board why Dr. Hughes

14     wasn't being continued as the doctor for the

15     midwifery clinic?

16  A   Not that I recall specifically.

17  Q   Again, I don't wish to keep asking, but when you

18     say not that you recall specifically, would that

19     be not that you recall at all?

20  A   There were conversations regarding this position

21     that obviously took place at board meetings and

22     at standing committee meetings that dealt with

23     the position and how that position was going to

24     be filled and what the expectations were for the