UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * *   *
                                    *
DEURWARD L. HUGHES, MD,             *
        Plaintiff                   *
                                    *
  -vs-                              *    CIVIL ACTION # 04 10565 DPW
                                    *
                                    *
MARTHA'S VINEYARD                   *
HOSPITAL                            *
        Defendant                   *
                                    *
* * * * * * * * * * * * * * * * *   *
```

**Assented to Motion for Extension of Time**
**To file Opposition to Motion for Summary Judgment**

Plaintiff Deurward Hughes moves for an extension of time until June 14, 2005, to file an Opposition to Defendant's Motion for Summary Judgment and states that said additional time is necessary because of plaintiff counsel's existing obligations to do other work in May.

BY PLAINTIFF'S ATTORNEY,

_____
Stephen Schultz, Esq.
BBO # 447680
ENGEL & SCHULTZ, LLP
125 High Street, Suite 2601
Boston, MA 02110
(617) 951-9980

ASSENTED TO BY DEFENDANT'S ATTORNEYS,

_____
Thomas E. Shirley, Esq., BBO # 542777
Gretchen L. Edson, Esq., BBO # 644742
CHOATE, HALL & STEWART, LLP
Exchange Place, 53 State Street
Boston, MA 02109
(617) 248-5000

Date: May 4, 2005

Certificate of Service

I, Stephen Schultz, hereby certify that I served a true copy of the above document on counsel of record for the defendants by hand/first class mail on this 4th day of May 2005.

_____
Stephen Schultz