UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEURWARD L. HUGHES, MD, )
)
Plaintiff, )
)
v. ) CIVIL ACTION NO. 04 10564 DPW
)
MARTHA'S VINEYARD HOSPITAL, )
)
Defendant. )

**Affidavit of Deurward L. Hughes, MD**

1. My name is Deurward L. Hughes, MD. I am the plaintiff in the above-entitled case.

2. The contract I signed with Martha's Vineyard Hospital was drafted by the Hospital, including the language requiring me to devote "sufficient time and effort" to perform my duties.

3. I attended the meeting in 2002 at which the issue of whether or not to grant me privileges was discussed. I remained in the room for the entire meeting, including the time that a vote was being taken on whether or not to grant me hospital privileges. The only person to speak against my being granted privileges was Dr. Richard Koehler.

4. In 2002, a complaint against me was filed with the Board of Registration of Medicine. I had never previously been the subject of any complaint to any board of registration, and had to undertake considerable time and some expense in defending the complaint.

5. During the time I was employed at Martha's Vineyard Hospital, no OB-GYN served on the Quality Improvement Committee.

6. The anestheseologists at Martha's Vineyard Hospital split their time with one covering days and one covering nights; the night-time anesthesiologist did not spend any time physically on the hospital premises during the week he was covering nights unless he/she was called into the Hospital for an emergency.

7. My wife and I addressed the Hospital's Joint Conference Committee on only one occasion, which was on August 17, 2001, which was nearly eight months prior to Mr. Walsh being hired as CEO.

8. I covered for Dr. Lew when he attended remedial classes off-Island after the ACOG report. Dr. Lew only attended off-Island classes for two days. Dr. Shah never came to the Hospital to observe Dr. Lew.

9. During the time I was employed at Martha's Vineyard Hospital, there was not a single minority (black, Hispanic, Native-American or Brazilian) on the thirteen member Board of Trustees. Similarly, there was not a single minority officer at the Hospital.

10. I cannot recall ever working with a single minority staff nurse at the Hospital. While it is possible that there may have been some minorities on the Hospital staff of which I was not aware, the only blacks, Hispanics, Native-Americans or Brazilians to my knowledge employed by the Hospital during my employment (other than myself) worked on the custodial staff.

11. One of the reasons I moved to Martha's Vineyard was the fact that it has a diverse community, including a large black population. There is a large pool of black doctors

-2-

with homes on the Island, who might be interested in working on the Island if the Hospital were to seek their services. I personally know at least 10 black doctors with homes on the Island.

Signed under the pains and penalties of perjury this 12th day of June, 2005.

                                          *DLHughes*
                                      Deurward L. Hughes, MD