UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*    \*
                                                                       \*
DEURWARD L. HUGHES, MD,    \*
        Plaintiff                           \*
                                              \*        CIVIL ACTION # 04 10564 DPW
   -vs-                             \*
                                              \*
MARTHA'S VINEYARD           \*
HOSPITAL                             \*
       Defendant                       \*
                                              \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*    \*

## AFFIDAVIT OF DANIEL R. KAPLAN

1. My name is Daniel R. Kaplan.

2. I am an attorney employed as "Of Counsel" to the law firm of Goodwin, Procter and Hoar.

3. I was a member of the Board of Directors of the Martha's Vineyard Hospital until December 31, 2002.

4. At more than one meeting of the Board of Directors, Dr. Kathleen Koehler (a member of the Board) questioned whether Dr. Hughes' age was impacting the Emergency Room practice, noting that in her opinion Dr. Hughes was not as modern and efficient as other doctors.

5. When the Board of Directors received the ACOG report concluding that Dr. Hughes was competent, Dr. Koehler refused to accept the report, claiming that Kevin Burchill may have "fixed" the report.

6. There were never any reports to the Board of Directors of criticisms of the amount of

work Dr. Hughes was performing.  Reports to the Board regarding the OB/GYN practice were that the practice had picked up since Dr. Hughes' arrival and that "business was booming".

Signed under the pains and penalties of perjury this _____ day of _____, 2005.

_____
Daniel R. Kaplan

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*******************   *
                      *
                      *
DEURWARD L. HUGHES, MD, *
         Plaintiff    *
                      *
                      *      CIVIL ACTION # 04 10565 DPW
    -vs-              *
                      *
                      *
MARTHA=S VINEYARD     *
HOSPITAL              *
         Defendant    *
                      *
*********************  *
```

### AFFIDAVIT OF DANIEL R. KAPLAN

1. My name is Daniel R. Kaplan.

2. I am an attorney "Of Counsel" to the law firm of Goodwin Procter LLP.

3. I served as a member of the Board of Directors of the Martha's Vineyard Hospital until December 31, 2002.

4. At more than one meeting of the Board of Directors, Dr. Kathleen Koehler (a member of the board during my tenure) made statements that Dr. Hughes' age was impacting his ability to perform surgical procedures required by OB/GYN patients. Dr. Koehler stated that it was her opinion that Dr. Hughes did not use modern techniques and was not as efficient as other doctors.

5. When the Board of Directors received a summary of the ACOG report that concluded that Dr. Hughes was competent and qualified, Dr. Koehler refused to accept the report, claiming that Kevin Burchill, the Executive Director of the hospital must have improperly influenced the results of ACOG report.

6. There were never any reports to the Board of Directors of criticisms of the amount of work Dr. Hughes was performing. Reports to the Board regarding the OB/GYN practice were that the practice had picked up since Dr. Hughes' arrival and that "business was booming."

Signed under the pains and penalties of perjury this 31 day of May 2005.

_____
Daniel R. Kaplan

1