UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************  *
                       *
DEURWARD L. HUGHES, MD,*
        Plaintiff      *
                       *            CIVIL ACTION #04 10564 DPW
    -vs-               *
                       *
MARTHA'S VINEYARD      *
HOSPITAL               *
        Defendant      *
                       *
*********************  *
```

AFFIDAVIT OF CHARLES H. HARFF

1. My name is Charles H. Harff

2. I am a retired attorney, having been the Senior Partner of Chadbourne & Parke (NYC) and the former Senior Vice President & General Counsel of Rockwell International Corp.

3. I was a member of the board of Directors of the Martha's Vineyard Hospital for five years until September, 2002.

4. At more than one meeting of the Board of Directors, Dr. Kathleen Koehler (a member of the Board during my tenure) made statements that Dr. Hughes' age was impacting his ability to perform surgical procedures required by OB/GYN patients. Dr. Koehler stated that it was her opinion that Dr. Hughes did not use modern techniques and was not as efficient as other doctors.

5. In view of ongoing concerns about the quality of care in the Hospital's OB/GYN practice (concerns that antedated Dr. Hughes' employment), a special review of that practice was requested by the Hospital and undertaken by ACOG.

6. When the Board of Directors received the ACOG report concluding that Dr. Hughes was competent and qualified, Dr. Koehler refused to accept the report, claiming that Kevin Burchill (the Hospital's CEO) must have improperly influenced the conclusions of the ACOG report.

7. There were never any reports to the Board of Directors of criticisms of the amount of work Dr. Hughes was performing nor (except for Dr. Koehler) of the quality of his efforts. Reports to the Board regarding the OB/GYN practice were that the practice had picked up since Dr. Hughes' arrival, and that he had made a positive impact.

Signed under the pains and penalties of perjury this 26th day of May, 2005.

_____
Charles H. Harff