UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEURWARD L. HUGHES, MD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARTHA'S VINEYARD HOSPITAL, )<br>)<br>Defendant. )<br>) | Civil Action No. 04 10564 DPW |

**DEFENDANT'S ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Defendant Martha's Vineyard Hospital (the "Hospital") hereby requests leave to file a Reply Memorandum in Support of its Motion for Summary Judgment, enclosed herewith. In support of this Motion, the Hospital states that (a) a reply memorandum is necessary to address certain arguments set forth in Plaintiff's Opposition (b) Plaintiff assents to this Motion.

Respectfully submitted,

MARTHA'S VINEYARD HOSPITAL

By its attorneys,

_Thomas E. Shirley/cw_
Thomas E. Shirley, Esq. (BBO # 542777)
CHOATE, HALL & STEWART LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 248-5000

Dated: June 22, 2005

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON:
6/22/05
TES

3945014v1