UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEURWARD L. HUGHES, MD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARTHA'S VINEYARD HOSPITAL, )<br>)<br>Defendant. )<br>) | Civil Action No. 04 10564 DPW |

### AFFIDAVIT OF THOMAS E. SHIRLEY

I, Thomas E. Shirley, depose and state as follows:

1.  I am an attorney at Choate, Hall and Stewart LLP, and an attorney of record representing Martha's Vineyard Hospital (the "Hospital") in the above-captioned action.

2.  Attached hereto as Exhibit 1 are true and accurate copies of pages from the transcript of the deposition of plaintiff Deurward L. Hughes, M.D.

3.  Attached hereto as Exhibit 2 are true and accurate copies of pages from the transcript of the deposition of Timothy Walsh.

4.  Attached hereto as Exhibit 3 is a true and accurate copy of an article from the Boston Globe, dated February 15, 2005, titled "Greater Risk Seen With Older Doctors."

5.  Attached hereto as Exhibit 4 are true and accurate copies of pages from the transcript of the deposition of Katherine Chase.

3944982v1

6.  Attached hereto as Exhibit 5 are true and accurate copies of pages from the transcript of the deposition of Samuel Patrick Donegan, M.D.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of June, 2005.

_Thomas E. Shirley /cw_
Thomas E. Shirley

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON: 6/22/05
TES

3944982v1