# Exhibit 3

**Telephone wars**
Cage disadvantaged
for little in deals
Business F1

**Allure and risk**
technology
consequences weighed
Health Science C1



**NHL shutout**
Official cancellation
of season due today
Sports D1

VOLUME 267
NUMBER 46
50 cents
75 cents beyond
30 miles from Boston

# The Boston Globe

DRY, WITH A T
Today: Becoming partly
High 49-54. Low 37-
Tomorrow: Cloudy, rain
later. High 44-49. Low
High Tide: 3:53 a.m. 4:
FULL REPORT: PAGE

TUESDAY, FEBRUARY 15, 2005

## Greater risk seen with older doctors

**By Scott Allen**
GLOBE STAFF

A provocative study from Harvard Medical School suggests that, as a group, older doctors know less, provide lower-quality care, and may expose patients to greater risks than physicians recently out of medical school, a conclusion that an accompanying editorial declares should be "a wake-up call to the medical profession."

Older doctors were less likely to know or follow current treatment standards on everything from surgery to treating children's fevers, the Harvard team found in their analysis of nearly 40 years of research into factors that shape healthcare quality. One study found that heart attack patients were 10 percent more likely to die in the care of a doctor 20 years out of medical school compared with a recent graduate.

The earlier studies included age as one factor in the quality of care, but the Harvard paper is the most comprehensive look at the importance of age and years since medical school in determining physicians' skills.

Senior doctors, as well as the Harvard researchers themselves, were quick to emphasize that doctors may improve over time in harder-to-measure ways such as earning the patient's trust, and they agreed that age is just one factor for patients to consider. But older doctors generally agreed that the rapid increase in new medical knowledge can be a challenge.

DOCTORS, Page A5

## LNG firm eyes site of Gloucester

Seeks approval for a $900m offshore facility

**By Beth Daley**
GLOBE STAFF

The owners of a liquefied natural gas terminal in Everett plan to seek permission from the Coast Guard today to build another terminal 10 miles off Gloucester.

The facility would not decrease the number of tankers carrying the super-cooled gas into Boston Harbor, shipments that officials worry could become fireballs in an accident or a terrorist attack.

Tractebel LNG North America LLC has proposed a new $900 million offshore terminal to absorb a fast-growing demand in New England for natural gas, company officials said.

The offshore location is designed to allay Bay State fears over new shore-based facilities that would require massive amounts of the gas to be carried near city neighborhoods. While state officials said they were learning details of the proposal yes spokesman for Mayor T Menino asked why the could not offload its gas at sea.

The permit from th Guard would be the first approvals required for th Plans for the new termi meet a host of federal permitting requireme would probably take months. Construction is to take another three year

"If Tractebel can off shore under the paramet proposal, why can't the LNG



GLOBE STAFF GRAPHIC/AARON S

### ASSASSINATION IN BEIRUT



A wounded man was carried from the scene of an attack in Beirut that killed former prime minister Rafik Hariri and nine others.

AP PHOTO

## Car bomb kills former Lebanese leader

**By Dan Ephron**
GLOBE CORRESPONDENT

JERUSALEM — Former Lebanese prime minister Rafik Hariri, a billionaire who helped his country rebuild after its civil war, was assassinated yesterday in Beirut in a car bomb attack on his motorcade that some Lebanese opposition officials blamed on Syria but that analysts said could also have been carried out by an Islamic group, possibly Al Qaeda.

Hariri was among 10 people killed in the explosion at an exclusive seafront neighborhood around 1 p.m. He served as prime minister for 10 of the past 14 years and resigned four months ago amid a power-struggle with Lebanon's pro-Syrian president, Emile Lahoud.

Both Syria and Lebanon denied any role in the assassination. Lahoud yesterday decried the assassination as a "dark point" in Lebanon's history and Syria's official news agency, SANA, quoted President Bashar Assad as saying he "condemned this horrible criminal action."

The huge blast — police said 650 pounds of TNT were packed into the car bomb — caused at least 20 cars, many of them armored, to burst into flames and tore the facades off of several buildings. At least 100 people were wounded.

In a videotape aired on Al-Jazeera television, a previously unknown group calling itself Support and Jihad in Syria and Lebanon claimed responsibility for the attack and accused Hariri, who also had Saudi citizenship and was close to the Saudi royal family, of supporting the Western-leaning regime in Saudi Arabia.

The bombing marked the first time since Lebanon emerged from

HARIRI, Page A8

## State considers raising MCAS bar

**By Maria Sacchetti**
GLOBE STAFF

State education officials start debate today on whether to raise the MCAS score that high school students need to graduate, a move they say would better prepare students for college.

The Board of Education has no timeline on raising the passing score, but its chairman acknowledged yesterday that the federal government requires Massachusetts to raise the bar for passing the Massachusetts Comprehensive Assessment System tests by 2014.

In recent weeks, board members have faced pressure from business leaders and Governor Mitt Romney to beef up gradua-

tion requirements. The passing score was set n years ago. Education vowed to raise it, but h partly because of conce students could not meet standard.

"The real question we tling with is how to enco system to reach higher chairman James A. Pey yesterday.

Peyser said he would l students eventually be re attain a score of proficien uate, the second highes levels on the MCAS ex dents now can graduat grade of needs improven

MCAS

## US hints at a lesser role as Iraq eyes new leaders

**By Farah Stockman**
GLOBE STAFF

WASHINGTON — As the victorious parties in Iraq's election

history — and that is likely to request a quieter, less obtrusive American role.

"That's what the elections were

### DOGS' DAYS



## Study predic city flood thr due to warmi

► DOCTORS
Continued from Page A1

lenging to keep pace with, especially as doctors already are pressed for time to see all their patients.

"You store a lot of factual knowledge during school, and then . . . you're expected to, on your own, keep up with what is an enormous flood of facts," said Dr. Donald Berwick, 58, president of the Institute for Healthcare Improvement in Boston and a 1972 medical school graduate. "Someone said that if a doctor started reading one randomized trial a day, he'd be 10,000 trials behind by the end of the first year."

The problem is not just the volume of new information or people's tendency to forget facts over time, said Niteesh K. Choudhry, 33, the lead author of the study in today's Annals of Internal Medicine. The basic philosophy of medicine has shifted over the past 30 years from one in which doctors relied heavily on their own experience to make decisions to a new paradigm in which doctors depend more on research published in medical journals. Doctors who were not trained in "evidence-based medicine" may be slower both to adopt new approaches and to abandon outdated ones, he suggested.

Officials from two leading organizations that provide continuing education for doctors said that they were "initially surprised" at the Harvard findings, but that the sheer number and variety of studies linking older physicians to lower-quality care persuaded them. In an accompanying editorial, officials from the American College of Physicians and American Board of Internal Medicine conclude that doctors should be required to undergo more rigorous training to maintain certification, the seal of approval given by boards representing medical specialties.

"Practice does not make perfect, but it must be accompanied by ongoing active effort to maintain competence and quality of care," wrote Dr. Steven Weinberger of the college of physicians and Drs. F. Daniel Duffy and Christine Cassel of the internal medicine board.

Dr. Alan C. Woodward, president of the Massachusetts Medical Society and a 1977 medical school graduate, said the trend toward tougher requirements for certification has already begun, noting that in his field, emergency medicine, doctors for the past two years have been required to take an annual online exam to remain board-certified. Because such measures are so new, "You haven't seen the impacts yet" on the quality of medicine, he said.

The Harvard study did not trigger an immediate generational battle; younger and older doctors alike agreed that newly-minted physicians have the advantage of being freshly trained in the latest techniques. However, young doctors such as Jonathan Winickoff, a 34-year-old pediatrician at Massachusetts General Hospital, stressed that the real issue is not age itself, but the willingness to keep up with research.

"My gut feeling is that the very best doctors are the ones who both have the experience and make a commitment to keep up with guidelines," he said. "They have the best of both worlds."

Dr. Talia Herman, 55, an internal medicine specialist at Harvard Vanguard Medical Associates in Boston, agreed, saying computers have made keeping up with research much easier for doctors who make the commitment. But computers have also made patients more knowledgeable, she added, so "if I'm not current, I'm getting e-mails from my patients because they have had the time to read" the latest studies.

The Harvard study is a review

### What makes a good doctor?

The number of years since a doctor completed medical training is just one among several factors that researchers have linked to the quality of care that physicians provide. Among the other factors:

▫ Is the physician board-certified? Major medical specialties offer voluntary certification to doctors who pass an exam, showing they meet the highest standards. An American Board of Internal Medicine study found that patients were 15 percent less likely to die after a heart attack if their doctor is board-certified.

▫ Does the doctor practice alone, or with a group or hospital? Physicians who work with others in the same field may learn of new developments more quickly than doctors practicing alone. For example, obstetricians in private practice are more likely to surgically cut women to ease delivery, a practice called episiotomy that is increasingly out of favor with physicians at teaching hospitals.

▫ How often does the physician perform the needed procedure? Studies indicate that doctors who perform high volumes of certain complex procedures such as prostate removal or heart valve repair get markedly better results.

▫ Has the doctor settled or paid a judgment in more than one malpractice lawsuit? Fewer than 500 of the state's 30,000 active physicians paid more than one malpractice claim from 1994 to 1998.

*Sources: Harvard Medical School, American Board of Internal Medicine, American College of Obstetricians and Gynecologists*

of other people's research, bringing together the findings of 59 papers since 1966 that looked at physicians' age or years out of medical school when measuring knowledge or the quality of patient care. Most of the studies weren't delving only into age-related issues, but Choudhry and his co-researchers for the first time brought all the studies together and focused exclusively on age as a factor in physician knowledge or quality of care.

Forty-five of the 59 studies found that age or years since medical school graduation had a negative effect on performance for everything from following proper cancer-screening techniques to diagnosing depression to prescribing aspirin to angina patients. At the same time, only two of the studies found that the doctors' performance improved over time: on advising patients to exercise and on referring diabetic patients for eye tests.

Perhaps most striking, a 2000 study by the American Board of Internal Medicine found that a patient was less likely to die after a heart attack if his or her doctor was a recent medical school graduate. The study, which looked at patients treated by more than 4,500 family practitioners, internists, and cardiologists in Pennsylvania, found that patient mortality increased by half of 1 percent for every year since the doctor graduated from medical school.

Of course, it would be absurd to conclude patients should avoid experienced doctors, said Rebecca Lipner, coauthor of that study, and statistical findings such as hers should not be used to select individual doctors anyway. Moreover, other factors, such as whether the physicians are board-certified in their specialties, appear to be stronger indicators of the doctors' ability, Lipner said.

Still, "it does consistently seem like the older physicians are not necessarily doing as well on the medical knowledge or the patient outcomes," said Lipner, associate vice president of psychometrics at the Philadelphia-based board, which has been at the forefront of efforts to toughen standards for certification.

Most boards that give specialty certification, however, either require no renewal of certification, have limited requirements for renewal, or waive the requirements entirely for older doctors, said Berwick, of the Institute for Healthcare Improvement. What's more, certification is voluntary, meaning that even doctors who fail to achieve renewal can continue to practice medicine.

In Massachusetts, where 75 percent of licensed physicians are over 40, doctors must get credit for 100 hours of continuing education every two years to renew their license to practice medicine. However, only 40 percent of that time has to be in programs that meet American Medical Association quality standards; the rest can be self-instruction, attending lectures, or taking part in hospital case reviews.

Nancy Achin Audesse, executive director of the Board of Registration in Medicine, which licenses doctors, contends that Massachusetts should establish a training and testing center where doctors can learn new techniques in hands-on simulations and be tested periodically to make sure their skills are up to date. Currently, there are five such centers nationally. Achin Audesse said the board has been lobbying medical groups in Massachusetts to support a training and testing center, but she acknowledges doctors have mixed feelings.

"Everyone likes the opportunity to learn new skills," she said. "Very few people are excited to be the first ones to be tested."

*Scott Allen can be reached by e-mail at allen@globe.com.*



9-Month CD 3.25% APY*
21-Month CD 3.75% APY*

### Big things come in small boxes.

The choice is yours. You'll earn a great rate of return no matter what term you select. All it takes is a minimum deposit of $5,000. And about five minutes. For more information, call 877-668-2265 or stop into any of our 15 conveniently located branches.



**Brookline Bank**
Bank here. Get there.

Arlington • Bedford • Brookline • Lexington • Malden
Medford • Newton Centre • Newtonville • West Roxbury

brooklinebank.com • Member FDIC *Annual Percentage Yield (APY) effective 2/1/2005 and is subject to change without notice. Minimum to open is $5,000. Fees may reduce earnings. There is a substantial penalty for early withdrawal from a certificate of deposit.



SOME DEALS ARE TOO GOOD TO BE TRUE. THIS ONE'S TOO GOOD TO PASS UP.

DON'T HAVE CABLE? GET STANDARD CABLE PLUS DIGITAL CABLE INCLUDING ON DEMAND FOR JUST

$39.99 A MONTH FOR 3 MONTHS

INCLUDES HBO


*The Matrix Revolutions* on HBO


*Big Fish* on HBO


Discovery Channel


*Deadwood* on HBO


*Starsky & Hutch* on HBO

**ENJOY ON DEMAND: A LIBRARY OF MOVIES AND SHOWS YOU CAN PAUSE, REWIND, AND WATCH WHENEVER.**

The biggest hit movies on HBO. Over a hundred channels of sports, news, kids' programming,