# Exhibit 4

Page 1

Pages: 1-89

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-10564-DPW

*************************************

DEURWARD L. HUGHES, M.D.          *

    Plaintiff                     *

vs.                               *

MARTHA'S VINEYARD HOSPITAL        *

    Defendant                     *

*************************************


DEPOSITION of KATHLEEN CHASE, a Witness called by the Plaintiff, taken pursuant to the provisions of the Federal Rules of Civil Procedure, before Peter J. Wood, a Professional Court Reporter and Notary Public in and for the Commonwealth of Massachusetts, at Mansion House, 9 Main Street, Vineyard Haven, Massachusetts, on Wednesday, March 9, 2005, commencing at 1:20 p.m.


WOOD COURT & CONFERENCE REPORTING

77 SUMMER STREET

COHASSET, MA 02025

(781) 383-6621

Page 46

1  A  Oh, yes.
2  Q  Did you ever thank Dr. Hughes for anything that
3     he taught you?
4        MS. EDSON: Objection.
5  A  Yes, I did, a lot.
6  Q  Can you give me some examples?
7  A  Labor management curves, how long a typical
8     person labors during various stages, and when
9     it's appropriate to wait or not to wait, how
10    forceps are applied correctly or incorrectly. He
11    just demonstrated to me different techniques with
12    doing suturing, fourth-degree lacerations,
13    Leopold maneuvers. Dr. Hughes was a very good
14    educator and a very good teacher, and my role
15    with Dr. Hughes often was more of Dr. Hughes
16    teaching me things and stimulating my brain, and
17    I liked that.
18 Q  Prior to the deterioration in the relationship,
19    was Dr. Hughes unwilling to work with you as a
20    colleague?
21       MS. EDSON: Objection.
22 A  No, not unwilling to.
23 Q  Reading from the hospital's response to the MCAD,
24    I'm going to read a sentence, and I'm going to

Page 47

1     ask you if you agree with it. "Although the
2     hospital envisioned that Dr. Hughes would
3     collaborate with Ms. Chase to build the midwifery
4     practice, he was unwilling to work with her as a
5     colleague." Do you agree with that statement?
6  A  Not that statement. I'm not sure what they mean.
7  Q  That's wrong, that statement?
8        MS. EDSON: Objection.
9  A  That particular statement doesn't sound right to
10    me. I don't agree with it out of context.
11       MS. EDSON: Are you marking that as an
12    exhibit and providing it to the witness to look
13    at?
14       MR. SCHULTZ: No. It speaks for
15    itself.
16 Q  Prior to the deterioration of your relationship
17    with Dr. Hughes, was Dr. Hughes cantankerous with
18    you?
19 A  At times, yes.
20 Q  Can you give us some examples?
21 A  When I would be questioning or doing something
22    perhaps that he didn't really have the same -- he
23    didn't really necessarily agree with, Kathleen,
24    Kathleen, why are you doing it that way? You

Page 48

1     know you're not supposed to do that, you know,
2     that kind of thing.
3  Q  Was it said in good spirits?
4  A  Yes. I guess cantankerous is a negative
5     statement.
6  Q  Prior to the deterioration of your relationship,
7     was Dr. Hughes defensive with you?
8  A  Not with me, no.
9  Q  Prior to the deterioration of your relationship,
10    was Dr. Hughes obstinate in dealing with you?
11 A  In terms of patient care and management, if he
12    didn't agree with me, we'd discuss it, and there
13    would be an air of obstinance sometimes both
14    ways. The only issue where he was ever what I
15    would call obstinate was when it came to covering
16    my time off. That became a thorn in our
17    relationship.
18 Q  That occurred after the deterioration in the
19    relationship?
20 A  It also occurred before that time.
21 Q  Now, you had indicated earlier that you believed
22    that generally Dr. Hughes had a good relationship
23    with the nurses in the hospital?
24 A  The obstetrical nurses, yes.

Page 49

1  Q  How would you compare the relationship Dr. Hughes
2     had with the obstetrical nurses with the
3     relationship that Dr. Donegan has with them?
4        MS. EDSON: Objection.
5  A  Dr. Donegan's relationship with the nurses is
6     professional and respectful. Dr. Hughes'
7     relationship was friendly and warm, different
8     personalities.
9  Q  Is it fair to say that the nurses loved Dr.
10    Hughes?
11       MS. EDSON: Objection.
12 A  Some of the nurses do and did, yes.
13 Q  Many of them did?
14 A  Some.
15 Q  The majority?
16       MS. EDSON: Objection.
17 A  Again, I don't know if all of them all the time
18    felt that they loved him.
19 Q  I didn't ask if all of them did. Would you say
20    it's fair to say that the majority of the OB
21    nurses loved Dr. Hughes?
22       MS. EDSON: Objection. Asked and
23    answered.
24 A  No. I would say they respected him, and some of

Page 70

1  A  No.
2  Q  Who was responsible for coverage of you when you
3     wished to go off island?
4  A  Dr. Donegan is primarily the backup and coverage
5     person for me, but for most of my time off, we
6     try to get a midwife to cover the practice.
7  Q  That's been the case when Dr. Hughes was there as
8     well; is that correct?
9  A  Yes.
10 Q  There's no difference now between the arrangement
11    whereby you tried to get a midwife that existed
12    during Dr. Hughes' time as currently exists; is
13    that correct?
14       MS. EDSON:  Objection.
15 Q  Do you understand the question?
16 A  Yes. We still try to get a midwife to cover me.
17 Q  Is that arrangement that you try to get a midwife
18    in writing anyplace?
19       MS. EDSON:  Objection.
20 A  No.
21 Q  So with whom did you make this understanding to
22    begin with that you'd try to get a midwife to
23    cover for you?
24 A  With the doctor who I'm working with and with

Page 71

1     Ellen Leone when was still there. She was our
2     director of nursing.
3  Q  So this was an arrangement when Dr. Hughes was
4     there, you spoke to Dr. Hughes and with Ellen
5     Leone, and the three of you together came to this
6     agreement?
7  A  Yes.
8  Q  Now, prior to the deterioration of your
9     relationship with Dr. Hughes, when you needed
10    coverage, did you, in fact, get a midwife to
11    cover for you?
12 A  I did not get. I had to ask the hospital to do
13    it for me.
14 Q  Did they, in fact, do that?
15 A  They tried, yes.
16 Q  Can you recall any occasions when they were
17    unsuccessful --
18 A  Yes.
19 Q  -- prior to the deterioration in the relationship
20    of getting a midwife to cover for you?
21 A  Yes.
22 Q  You're answering yes sort of quizzically.
23 A  Whether it was before the deterioration or not, I
24    don't know.

Page 72

1  Q  So you're not sure whether or not there were any
2     occasions prior to the deterioration of your
3     relationship with Dr. Hughes when the hospital
4     was unable to get a midwife to cover for you;
5     isn't that correct?
6  A  Yes.
7  Q  Can you cite to me a single occasion prior to the
8     deterioration of your relationship with Dr.
9     Hughes when Dr. Hughes refused to provide
10    coverage for you?
11 A  Yes.
12 Q  When was that?
13 A  It was two years ago in the fall of 2003.
14 Q  That was after the deterioration of the
15    relationship?
16 A  It was?
17 Q  Yes. You were on this committee, and that's in
18    February or March of 2003. Dr. Hughes learned
19    about it early summer 2003. Can you cite a
20    single instance prior to the deterioration of
21    your relationship with Dr. Hughes when Dr. Hughes
22    ever refused to provide coverage for you?
23 A  There were other times -- two other vacations
24    that I took in the years prior to the

Page 73

1     deterioration where Dr. Hughes and I had to go
2     talk to Ellen because Dr. Hughes refused to cover
3     my time off. He said I'm not hired to cover the
4     midwifery vacation time. You need to get
5     somebody else.
6  Q  Did the hospital get a midwife?
7  A  Through difficult and costly measures, yes.
8  Q  Did you pay for it out of your pocket?
9  A  I did not, no.
10 Q  So the only two instances you can recall prior to
11    the deterioration of the relationship when Dr.
12    Hughes felt that it was not his job to be the
13    first line of coverage for you, the hospital got
14    a midwife to cover for you; isn't that correct?
15 A  The only two that I can think of, yes.
16 Q  Since Dr. Donegan has been at the hospital, when
17    you've needed coverage, has the hospital always
18    gotten a midwife to do the coverage?
19 A  Not always, no.
20 Q  Has Dr. Donegan ever covered for you as the
21    primary coverage?
22 A  Yes.
23 Q  On how many occasions has that occurred?
24 A  Three or four weekends, when I've gone off for a