UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEURWARD L. HUGHES, MD, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04 10564 DPW |
| MARTHA'S VINEYARD HOSPITAL, | ) |
| Defendant. | ) |

**REPLY AFFIDAVIT OF TIMOTHY WALSH**

I, Timothy Walsh, depose and state as follows:

1. Hospital records dating back to 1998 reflect that neither Dr. Jason Lew nor Dr. Samuel Donegan was appointed to the Medical Staff's Quality Improvement Committee from that date to the present.

2. Hospital records reflect that Dr. Richard Koehler submitted his resignation from the Hospital's medical staff on January 9, 2002, effective July 9, 2002.

3. I never considered the Hospital's OB-GYN practice to be "booming" during Dr. Hughes's employment by the Hospital. I never made a report to the Board to that effect, and never heard anyone so describe the practice at any Board meeting after I became CEO in April 2002.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 22nd day of June, 2005.

                                                        /s/ Timothy Walsh
                                                        Timothy Walsh

3944993v1

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON:
6/22/05
FES