UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEURWARD L. HUGHES, MD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARTHA'S VINEYARD HOSPITAL, )<br>)<br>Defendant. )<br>) | Civil Action No. 04 10564 DPW |

### DEFENDANT'S ASSENTED-TO MOTION FOR IMPOUNDMENT

In accordance with Local Rule 7.2, Defendant Martha's Vineyard Hospital hereby moves for an order impounding the following "CONFIDENTIAL MATERIAL" included as exhibits to the Affidavit of Stephen Schultz in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, filed with the Court on June 14, 2005: Schultz Affidavit Exhibits 2-3, 25, 28-29, 33-35, 37-38, 41, and 43-44.

Defendant bases this motion for impoundment on the Stipulation and Confidentiality Order agreed to by the parties and entered by this Court on October 18, 2004, which provides that "any party claiming [documents submitted to this Court] are confidential [may] request that the CONFIDENTIAL MATERIAL be impounded by the Court, pursuant to Local Rule 7.2, for an appropriate period of time." Order, Exhibit 1 ¶ 9. The above referenced documents contain "CONFIDENTIAL MATERIAL" as that term is defined in the Stipulation and Confidentiality Order. Defendant hereby requests that the materials be impounded until the resolution of this action, and thereafter as requested by the Defendant upon a motion to the Court.

3945003v1

Plaintiff assents to this Motion.

> Respectfully submitted,
>
> MARTHA'S VINEYARD HOSPITAL
>
> By its attorneys,
>
> *Thomas E. Shirley /cw*
> Thomas E. Shirley, Esq. (BBO # 542777)
> CHOATE, HALL & STEWART LLP
> Exchange Place
> 53 State Street
> Boston, Massachusetts 02109
> (617) 248-5000

Dated: June 22, 2005

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY ~~MAIL/~~(HAND) ON: 6/22/05 TES

3945003v1