UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEURWARD L. HUGHES, MD, )
)
Plaintiff, )
)
v. ) Civil Action No. 04 10564 DPW
)
MARTHA'S VINEYARD HOSPITAL, )
)
Defendant. )

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that, as of **Monday, August 1, 2005**, the address of Choate, Hall & Stewart LLP, counsel for Defendant, Martha's Vineyard Hospital, will change to Two International Place, Boston, MA 02110. The telephone number of counsel will remain the same.

Respectfully submitted,

MARTHA'S VINEYARD HOSPITAL

By its attorneys,

Thomas E. Shirley (BBO# 542777)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 248-5000

Date: July 28, 2005

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON
7/28/05
DATE_____SIGNATURE_____

3964825v1