UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEURWARD L. HUGHES, MD,<br><br>        Plaintiff,<br><br>        v.<br><br>MARTHA'S VINEYARD HOSPITAL<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04 10564 DPW<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF GRETCHEN EDSON

PLEASE TAKE NOTICE that Gretchen Lundgren Edson of Choate, Hall & Stewart LLP has withdrawn as counsel for defendant Martha's Vineyard Hospital. Thomas E. Shirley, Esq. of Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, will remain as defendant's counsel of record.

Respectfully submitted,

MARTHA'S VINEYARD HOSPITAL

By its attorneys,

_/s/ Thomas E. Shirley_
Thomas E. Shirley, Esq. (BBO # 542777)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
(617) 248-5000

Dated: August 4, 2005

3967173v1

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON
8/4/05
DATE_____ SIGNATURE_____