UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEURWARD L. HUGHES, MD,                )
                                       )
                Plaintiff,             )
                                       )
        v.                             )      Civil Action No. 04 10564 DPW
                                       )
MARTHA'S VINEYARD HOSPITAL,            )
                                       )
                Defendant.             )

## SUPPLEMENTAL AFFIDAVIT OF THOMAS E. SHIRLEY

I, Thomas E. Shirley, depose and state as follows:

1. I am an attorney at Choate, Hall and Stewart LLP, and an attorney of record representing Martha's Vineyard Hospital (the "Hospital") in the above-captioned action.

2. Attached hereto at Tab 1 are true and accurate copies of pages from the transcript of the deposition of Earle Ray.

3. Attached hereto at Tab 2 is a true and accurate copy of the affidavit of Donald H. Lyons, previously filed in this action by Plaintiff on or about June 14, 2005.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 4th day of October, 2005.

/s/Thomas E. Shirley
Thomas E. Shirley