# Tab 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*******************  *
                     *
                     *
DEURWARD L. HUGHES, MD,   *
         Plaintiff        *
                          *       CIVIL ACTION # 04 10565 DPW
      -vs-                *
                          *
MARTHA'S VINEYARD         *
HOSPITAL                  *
         Defendant        *
                          *
*******************  *
```

### Affidavit of Donald H. Lyons

1. My name is Donald Lyons.

2. I am a neighbor of Deurward Hughes, MD.

3. Shortly after Martha's Vineyard Hospital terminated Dr. Hughes' contract, I attended a meeting with Earle "Sandy" Ray, a member of the hospital's Board of Trustees who I have known for many years

4. I asked Mr. Ray why Dr. Hughes had been terminated. He told me, among other things, that the Hospital wished to go with someone who would be around for the long haul

Signed under the pains and penalties of perjury on this 6th day of May 2005

_____
Donald H. Lyons

-1-