# ENGEL & SCHULTZ, LLP
## Attorneys at Law

125 High Street, Suite 2601
Boston, MA 02110-2704

Stephen Schultz
Email: sschultz@engelschultz.com

Phone: (617) 951-9980
Facsimile: (617) 951-0048

November 10, 2005

**VIA FIRST CLASS MAIL**
The Honorable Douglas P. Woodlock
Suite 4110
United States District Court
Joseph Moakley Federal Courthouse
Boston, MA 02210

Re: *Hughes v. Martha's Vineyard Hospital*, CA # 04 10564 DPW

Dear Judge Woodlock:

    I am writing on behalf of both parties to inform you that the parties have agreed to seek to mediate the above-entitled case in which you currently have defendant's summary judgment motion under advisement. The mediation session is scheduled for December 5, 2005.

Sincerely,

Stephen Schultz, Esq.

cc:   Thomas Shirley, Esq.