UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEURWARD L. HUGHES, MD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARTHA'S VINEYARD HOSPITAL, )<br>)<br>Defendant. )<br>) | Civil Action No. 04 10564 DPW |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Deurward L. Hughes, M.D. and Defendant Martha's Vineyard Hospital hereby stipulate that this action be dismissed with prejudice and without assessment of attorneys' fees, interest, or costs against either party.

| DEURWARD L. HUGHES, MD | MARTHA'S VINEYARD HOSPITAL |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/Steven Schultz | /s/Thomas E. Shirley |
| Steven Schultz, Esq. (BBO # 447680)<br>ENGEL & SCHULTZ, PC<br>125 High Street<br>Boston, Massachusetts  02110<br>(617) 951-9980 | Thomas E. Shirley, Esq. (BBO # 542777)<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, Massachusetts  02110<br>(617) 248-5000 |

Date:  December 16, 2005.

4019072v1