# ENGEL & SCHULTZ, LLP

Attorneys at Law

125 High Street, Suite 2601
Boston, MA 02110-2704

**Stephen Schultz**
Email: sschultz@engelschultz.com

Phone: (617) 951-9980
Facsimile: (617) 951-0048

December 13, 2005

**VIA FIRST CLASS MAIL**
The Honorable Douglas P. Woodlock
Suite 4110
United States District Court
Joseph Moakley Federal Courthouse
Boston, MA 02210

Re: *Hughes v. Martha's Vineyard Hospital, CA # 04 10564 DPW*

Dear Judge Woodlock:

      I am writing pursuant to the Court Order of November 18, 2005 to report that the parties have reached a settlement in the above-entitled case. The parties will be filing a Stipulation of Dismissal shortly upon the signing of a Settlement Agreement.

Sincerely,

*[signature]*

Stephen Schultz, Esq.

cc: Thomas Shirley, Esq.