UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Deurward L. Hughes, MD**

    Plaintiff

           V.                                  Case No.'s **04-10564  DPW**

**Martha's Vineyard Hospital**

    Defendant

**RECEIPT**

Received of the Clerk, U.S. District Court, the following SEALED documents and/or exhibits in the above-entitled case:

44

Name: Shannon Bastardi
Firm: Engel + Schultz
125 High St. Boston
Date: 12/29/05